UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RYAN BERRIS,<br><br>         Plaintiff,<br><br>   -against-<br><br>SUNG-FUNG CHOI, et al.,<br><br>         Defendants. | 23-cv-04305 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-arun-subramanian. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

  Any motions to dismiss should be filed by Tuesday, August 29, 2023. Answering briefs should be filed by September 12, 2023. Reply briefs should be filed by September 19, 2023.

  SO ORDERED.

Dated: August 16, 2023
    New York, New York

                      _____
                        ARUN SUBRAMANIAN
                       United States District Judge