

John T. Zach
jzach@bsfllp.com
(t) 212 303 3648

October 16, 2023

**Via ECF**

Hon. Arun Subramanian
  U.S. District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> The request for an adjournment is granted. The IPTC set for November 1, 2023, is hereby adjourned to November 7, 2023, at 11 AM.
>
> SO ORDERED.
>
> */s/ Arun Subramanian*
> Arun Subramanian, U.S.D.J.
> Date: October 17, 2023

*Berris v. Choi et al.*,
No. 23-cv-04305-AS

Dear Judge Subramanian:

    We write to request a change in the date of the initial case management conference in the above-captioned case, currently scheduled for November 2, 2023.  ECF No. 51.  Plaintiff has not previously requested an adjournment or extension, and as such, no previous requests have been granted or denied.  The designated Lead Trial Counsel for Plaintiff Ryan Berris has a family commitment that necessitates his being out of the country on that date.

    This scheduling change has been discussed with counsel for all named defendants, who have all consented to the change.  Based on that discussion, the parties propose to reschedule the initial case management conference to a date during the week of November 6, 2023, or thereafter, as the Court's schedule permits.

    Notwithstanding the proposed change, the parties have conferred and intend to submit a joint case management plan by October 26, 2023, in accordance with the existing scheduling order in this case.

Respectfully,

*/s/ John T. Zach*
John T. Zach
David L. Simons
A. Izaak Earnhardt
BOIES SCHILLER FLEXNER LLP

Copies to all Counsel of Record via ECF