UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RYAN BERRIS,<br><br>                                  Plaintiff,<br><br>            -against-<br><br>SUNG-FUNG CHOI, et al.,<br><br>                                  Defendants. | 23-CV-4305 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The initial pretrial conference currently set for November 7, 2023, is hereby CANCELED. The Court will reschedule the conference if needed after the pending motions to dismiss have been resolved.

SO ORDERED.

Dated: November 3, 2023
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge