UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RYAN BERRIS,<br><br>      Plaintiff,<br><br>  -against-<br><br>SUNG-FUNG CHOI, et al.,<br><br>      Defendants. | 23-CV-4305 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The Court will hold oral argument on the pending motions to dismiss in this case on Friday, February 2, 2024, at 2:00 PM in Courtroom 15A of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY.

  SO ORDERED.

Dated: January 25, 2024
   New York, New York

                     _____
                        ARUN SUBRAMANIAN
                       United States District Judge