**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RYAN BERRIS,<br><br>    *Plaintiff,*<br><br>v.<br><br>SUNG–FUNG CHOI (a/k/a NORMAN CHOI), DE TOMASO AUTOMOBILI HOLDINGS N.A. LLC, HIN WENG LUI (a/k/a SAMUEL LUI), GENESIS UNICORN CAPITAL CORP.,<br><br>    *Defendants.* | Case No. 1:23–cv–04305 (AS) |

### DECLARATION OF JOHN T. ZACH IN OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

I, JOHN T. ZACH, declare as follows:

1. I am partner in the law firm of Boies Schiller Flexner LLP, counsel for Plaintiff Ryan Berris ("Berris") in the above-captioned case. I submit this declaration in opposition to the motions for summary judgment submitted by Defendants Hin Weng Lui ("Lui") and Genesis Unicorn Capital Corp. ("Genesis"), ECF No. 130, and Defendants Sung-Fung Choi ("Choi") and De Tomaso Automobili Holdings, N.A. LLC ("De Tomaso"), ECF No. 137.

2. Attached hereto as Exhibit 1 is a true and correct copy of the transcripts of the depositions of Berris in this action, which took place on September 5, 2024 and September 23, 2024.

3. Attached hereto as Exhibit 2 is a true and correct copy of the transcript of the deposition of Diana Majcher in this action, which took place on September 17, 2024.

4. Attached hereto as Exhibit 3 is a true and correct copy of the transcript of the deposition of Choi in this action, which took place on September 16, 2024.

5.      Attached hereto as Exhibit 4 is a true and correct copy of the transcript of the 30(b)(6) deposition of De Tomaso in this action, which took place on September 18, 2024.

6.      Attached hereto as Exhibit 5 is a true and correct copy of the transcript of the 30(b)(6) deposition of Genesis in this action, which took place on September 19, 2024.

7.      Attached hereto as Exhibit 6 is a true and correct copy of the transcript of the deposition of Evan Cygler in this action, which took place on September 24, 2024.

8.      Attached hereto as Exhibit 7 is a true and correct copy of the transcript of the deposition of Lui in this action, which took place on September 20, 2024.

9.      Attached hereto as Exhibit 8 is a true and correct copy of the transcript of the expert deposition of John Imperiale in this action, which took place on October 22, 2024.

10.     Attached hereto as Exhibit 9 is a true and correct copy of the transcript of the deposition of Chelsea Berris in this action, which took place on September 10, 2024.

11.     Attached hereto as Exhibit 10 is a true and correct copy of the transcript of the deposition of Ned Barnes in this action, which took place on October 30, 2024.

12.     Attached hereto as Exhibit 11 is a true and correct copy of an October 29, 202 WhatsApp conversation between Diana Majcher and Joe Wong, produced by De Tomaso, and Bates stamped DT00129042.

13.     Attached hereto as Exhibit 12 is a true and correct copy of an August 25, 2021 WhatsApp conversation between Choi and Berris, produced by Berris, and Bates stamped BERRIS-000035815.

14.     Attached hereto as Exhibit 13 is a true and correct copy of a January 14, 2022 WhatsApp conversation between Choi and Berris, produced by Berris, and Bates stamped BERRIS-000039034.

15.    Attached hereto as Exhibit 14 is a true and correct copy of Excel spreadsheet of Capricorn's possession of De Tomaso assets produced by De Tomaso, and Bates stamped DT00165322.

16.    Attached hereto as Exhibit 15 is a true and correct copy of a March 29, 2021 invoice from Loeb & Loeb LLP to De Tomaso, produced by Berris, and Bates stamped BERRIS-000074570.

17.    Attached hereto as Exhibit 16 is a true and correct copy of an HSBC Bank Statement, produced by Berris, and Bates stamped BERRIS-000093663.

18.    Attached hereto as Exhibit 17 is a true and correct copy of a May 5, 2022 email from Berris to Arjen van Beek, produced by Berris, and Bates stamped BERRIS-000093835.

19.    Attached hereto as Exhibit 18 is a true and correct copy of a May 7, 2022 email from Berris to Diana Majcher, produced by Berris, and Bates stamped BERRIS-00094034.

20.    Attached hereto as Exhibit 19 is a true and correct copy of an August 27, 2021 WhatsApp chat between Berris and Choi, produced by De Tomaso, and Bates stamped DT0000049319.

21.    Attached hereto as Exhibit 20 is a true and correct copy of a photo of Berris, Stanislas de Sadeleer, and Isabelle de Sadeleer holding the P72 Official Purchase Agreement, produced by Berris, and Bates stamped BERRIS-000189372.

22.    Attached hereto as Exhibit 21 is a true and correct copy of a July 30, 202 email from Linda Rhodes to Choi and Berris, produced by Berris, and Bates stamped BERRIS-000241515.

23.    Attached hereto as Exhibit 22 is a true and correct copy of an LLC Agreement for De Tomaso Automobili Holdings N.A. LLC, signed by Berris on September 3, 2020, produced by De Tomaso, and Bates stamped DT0000000073.

24.    Attached hereto as Exhibit 23 is a true and correct copy of a November 15, 2021 email from Lui to Choi and Berris, produced by De Tomaso, and Bates stamped DT00000026272.

25.    Attached hereto as Exhibit 24 is a true and correct copy of a November 14, 202 email from Choi to Diana Majcher and Berris, produced by De Tomaso, and Bates stamped DT0000026256.

26.    Attached hereto as Exhibit 25 is a true and correct copy of a December 8, 2021 email from Alexander Sobran to Ryan Berris, produced by De Tomaso, and Bates stamped DT00000027441.

27.    Attached hereto as Exhibit 26 is a true and correct copy of March 7, 2022 letter from De Tomaso to Aprivy LLC, produced by De Tomaso, and Bates stamped DT00000500958.

28.    Attached hereto as Exhibit 27 is a true and correct copy of a September 28, 2022 email from Choi to Diana Majcher, produced by De Tomaso, and Bates stamped DT0000050958.

29.    Attached hereto as Exhibit 28 is a true and correct copy of an April 7, 2022 letter from Genesis to Choi, produced by De Tomaso, and Bates stamped DT0000052148.

30.    Attached hereto as Exhibit 29 is a true and correct copy of an unsigned P72 Official Purchase Agreement, produced by De Tomaso, and Bates stamped DT0000055017.

31.    Attached hereto as Exhibit 30 is a true and correct copy of a November 23, 2021 email and attachment sent from Berris to Isabelle de Sadeleer, produced by De Tomaso, and Bates stamped DT0000055262.

32.     Attached hereto as Exhibit 31 is a true and correct copy of a March 24, 2022 email from Diana Majcher to Ryan Berris and cc'd Norman Choi, produced by De Tomaso, and Bates stamped DT0000075782.

33.     Attached hereto as Exhibit 32 is a true and correct copy of a July 15, 2023 email from Samuel Lui to Diana Majcher and cc'd Norman Choi, produced by De Tomaso, and Bates stamped DT0000081035.

34.     Attached hereto as Exhibit 33 is a true and correct copy of an August 14, 2023 document titled "Altus Project Hyper 2 Financial Due Diligence & Valuation Report," produced by De Tomaso, and Bates stamped DT0000081400.

35.     Attached hereto as Exhibit 34 is a true and correct copy of a November 14, 2021 WhatsApp conversation with Choi and Diana Majcher, produced by De Tomaso, and Bates stamped DT000132501.

36.     Attached hereto as Exhibit 35 is a true and correct copy of October 7, 2020 WhatsApp conversation between Diana Majcher and Choi, produced by De Tomaso, and Bates stamped DT00099775.

37.     Attached hereto as Exhibit 36 is a true and correct copy of a November 24, 2021 WhatsApp conversation between Berris and Choi, produced by De Tomaso, and Bates stamped DT00105161.

38.     Attached hereto as Exhibit 37 is a true and correct copy of a December 7, 2021 WhatsApp conversation between Berris and Choi, produced by De Tomaso, and Bates stamped DT00105776.

39.     Attached hereto as Exhibit 38 is a true and correct copy of a January 19, 2022 email from Eric Zhou to Choi and Berris, produced by De Tomaso, and Bates stamped DT00107128.

40.    Attached hereto as Exhibit 39 is a true and correct copy of a March 22, 2022 WhatsApp conversation between Choi and Diana Majcher, produced by De Tomaso, and Bates stamped DT00134071.

41.    Attached hereto as Exhibit 40 is a true and correct copy of a May 19, 2022 email from Diana Majcher to Choi, produced by De Tomaso, and Bates stamped DT00135304.

42.    Attached hereto as Exhibit 41 is a true and correct copy of an April 18, 2022 WhatsApp conversation between Diana Majcher and Choi, produced by De Tomaso, and Bates stamped DT00157092.

43.    Attached hereto as Exhibit 42 is a true and correct copy of a May 2, 2022 WhatsApp conversation between Lui and Choi, produced by De Tomaso, and Bates stamped DT00157720.

44.    Attached hereto as Exhibit 43 is a true and correct copy of a May 3, 3033 WhatsApp conversation between Diana Majcher and Choi, produced by De Tomaso, and Bates stamped DT00157742.

45.    Attached hereto as Exhibit 44 is a true and correct copy of a September 14, 2023 WhatsApp group chat text chain with Phil Wong, Sam Wu, Diana Majcher, Choi, and Lui, produced by De Tomaso, and Bates stamped DT00159355.

46.    Attached hereto as Exhibit 45 is a true and correct copy of a May 1, 2022 WhatsApp conversation between Lui and Choi, produced by De Tomaso, and Bates stamped DT00164641.

47.    Attached hereto as Exhibit 46 is a true and correct copy of a September 2, 202 email from Choi to Shirley Choi, produced by De Tomaso, and Bates stamped DT00168063.

48.    Attached hereto as Exhibit 47 is a true and correct copy of an October 28, 2021 email from Ian Hanna to Lui and Sergio Camarero, produced by Genesis, and Bates stamped GEN0000000001.

49.    Attached hereto as Exhibit 48 is a true and correct copy of a June 25, 2021 WhatsApp conversation between Lui and Choi, produced by Genesis, and Bates stamped GEN0000000274.

50.    Attached hereto as Exhibit 49 is a true and correct copy of a February 28, 2022 email from Lui to Ernest Fog, Daniel Cheng, and Ty Heng, produced by Genesis, and Bates stamped GEN0000000848.

51.    Attached hereto as Exhibit 50 is a true and correct copy of a July 11, 2019 WhatsApp conversation between Evan Cygler and Berris, produced by Berris, and Bates stamped BERRIS-000181751.

52.    Attached hereto as Exhibit 51 is a true and correct copy of an August 10, 2019 WhatsApp conversation between Evan Cygler and Berris, produced by Berris, and Bates stamped BERRIS-000181852.

53.    Attached hereto as Exhibit 52 is a true and correct copy of an October 29, 2019 WhatsApp conversation between Evan Cygler and Berris, produced by Berris, and Bates stamped BERRIS-000181978

54.    Attached hereto as Exhibit 53 is a true and correct copy of a December 2, 2019 WhatsApp conversation between Evan Cygler and Berris, produced by Berris, and Bates stamped BERRIS-000182059.

55.    Attached hereto as Exhibit 54 is a true and correct copy of a January 12, 2020 WhatsApp conversation between Evan Cygler and Berris, produced by Berris, and Bates stamped BERRIS-000182208.

56.    Attached hereto as Exhibit 55 is a true and correct copy of a February 25, 2020 WhatsApp conversation between Evan Cygler and Berris produced by Berris, and Bates stamped BERRIS-000182463.

57.    Attached hereto as Exhibit 56 is a true and correct copy of a May 8, 2020 WhatsApp conversation between Evan Cygler and Berris, produced by Berris, and Bates stamped BERRIS-000183043.

58.    Attached hereto as Exhibit 57 is a true and correct copy of a June 10, 2020 WhatsApp conversation between Evan Cygler and Berris, produced by Berris, and Bates stamped BERRIS-000183165.

59.    Attached hereto as Exhibit 58 is a true and correct copy of a November 10, 2020 WhatsApp conversation between Evan Cygler and Berris, produced by Berris, and Bates stamped BERRIS-000183505.

60.    Attached hereto as Exhibit 59 is a true and correct copy of a November 27, 202 WhatsApp conversation between Evan Cygler and Berris, produced by Berris, and Bates stamped BERRIS-000183567.

61.    Attached hereto as Exhibit 60 is a true and correct copy of a December 21, 202 WhatsApp conversation between Evan Cygler and Berris, produced by Berris, and Bates stamped BERRIS-000183602.

62.    Attached hereto as Exhibit 61 is a true and correct copy of an October 5, 2021 WhatsApp conversation between Evan Cygler and Berris, produced by Berris, and Bates stamped BERRIS-000184474.

63.    Attached hereto as Exhibit 62 is a true and correct copy of a December 2, 2021 WhatsApp conversation between Evan Cygler and Berris, produced by Berris, and Bates stamped BERRIS-000184622.

64.    Attached hereto as Exhibit 63 is a true and correct copy of a September 21, 2021 email from Ian DeValliere to Berris and Joseph Russo, produced by Berris, and Bates stamped BERRIS-000321201.

65.    Attached hereto as Exhibit 64 is a true and correct copy of an October 23, 2020 email from Berris to Ian DeValliere, produced by Berris, and Bates stamped BERRIS-000322560.

66.    Attached hereto as Exhibit 65 is a true and correct copy of a document titled "Alpine Group 202 Summer DC Engagement Plan," produced by De Tomaso, and Bates stamped DT0000008501.

67.    Attached hereto as Exhibit 66 is a true and correct copy of a September 21, 2020 email from Berris to Joseph Russo, Rhod Shaw and Ian DeValliere, produced by De Tomaso, and Bates stamped DT000010772.

68.    Attached hereto as Exhibit 67 is a true and correct copy of a September 18, 2020 email from Tim Pataki to Rhod Shaw, produced by De Tomaso, and Bates stamped DT000139250.

69.    Attached hereto as Exhibit 68 is a true and correct copy of a September 18, 2020 email from Alexandria Veletsis to Joseph Russo, Tim Pataki, Rhod Shaw, and Berris, produced by De Tomaso, and Bates stamped DT00139307.

70.    Attached hereto as Exhibit 69 is a true and correct copy of De Tomaso x Capricorn press release, produced by De Tomaso, and Bates stamped DT0000029103.

71.     Attached hereto as Exhibit 70 is a true and correct copy of an Excel spreadsheet titled "De Tomaso Automobili Limited (BVI) General Journal from 1/1/2022 to 12/31/2022", produced by De Tomaso, and Bates stamped DT0000080121.

72.     Attached hereto as Exhibit 71 is a true and correct copy of an August 18, 2021 Priceline receipt, produced by De Tomaso, and Bates stamped DT0000033561.

73.     Attached hereto as Exhibit 72 is a true and correct copy of a 2022 tax form, produced by Choi, and Bates stamped CHOI00000110.

74.     Attached hereto as Exhibit 73 is a true and correct copy of a July 19, 2019 email from Evan Cygler to Bailey Vannek, Richard Koppelman, Berris, and Choi, produced by De Tomaso, and Bates stamped DT0000002158.

75.     Attached hereto as Exhibit 74 is a true and correct copy of a July 28, 2021 Zoom meeting invitation sent from Evan Cygler to Bailey Vanneck, Laura Davis, Richard Koppelman, Choi and Berris, produced by Berris, and Bates stamped BERRIS-000330280.

76.     Attached hereto as Exhibit 75 is a true and correct copy of an August 18, 2021 WhatsApp conversation between Berris and Choi, produced by De Tomaso, and Bates stamped DT0000048837.

77.     Attached hereto as Exhibit 76 is a true and correct copy of an April 14, 2022 Zoom invitation sent from Evan Cygler to Berris, Choi, and Bailey Vanneck, produced by Berris, and Bates stamped BERRIS-000092241.

78.     Attached hereto as Exhibit 77 is a true and correct copy of a June 26, 2015 email from Choi to Berris, produced by Berris, and Bates stamped BERRIS-000055898.

79.    Attached hereto as Exhibit 78 is a true and correct copy of a June 17, 2021 WhatsApp conversation between Choi and Berris, produced by De Tomaso, and Bates stamped BERRIS-000055957.

80.    Attached hereto as Exhibit 80 is a true and correct copy of a February 27, 2018 Consulting Services Agreement between Apollo Automobil Limited and Aprivy LLC, produced by De Tomaso, and Bates stamped DT0000000100.

81.    Attached hereto as Exhibit 81 is a true and correct copy of an April 26, 2022 WhatsApp conversation between Lui and Choi produced by De Tomaso and Bates stamped DT00157543.

82.    Attached hereto as Exhibit 82 is a true and correct copy of a March 27, 2018 article titled "Apollo IE's Dynamic Duo on Why Their Creation Could Be Supercar Salvation," produced by Berris, and Bates stamped BERRIS-000269202.

83.    Attached hereto as Exhibit 83 is a true and correct copy of a March 17, 2020 Apollo press release, produced by Berris, and Bates stamped BERRIS-000164502.

84.    Attached hereto as Exhibit 84 is a true and correct copy of a January 1, 202 WhatsApp conversation between Choi and Berris, produced by Berris, and Bates stamped BERRIS-000022405.

85.    Attached hereto as Exhibit 85 is a true and correct copy of a November 20, 2018 WhatsApp conversation between Choi and Berris, produced by Berris, and Bates stamped BERRIS-000014158.

86.    Attached hereto as Exhibit 86 is a true and correct copy of a July 31, 2017 WhatsApp conversation between Choi and Berris, produced by Berris, and Bates stamped BERRIS-000004427.

87.    Attached hereto as Exhibit 87 is a true and correct copy of a March 25, 2022 WhatsApp conversation between Berris and Sophie Choi, produced by Berris, and Bates stamped BERRIS-000045779.

88.    Attached hereto as Exhibit 88 is a true and correct copy of an October 29, 2019 De Tomaso Press Release, produced by De Tomaso, and Bates stamped DT0000004556.

89.    Attached hereto as Exhibit 89 is a true and correct copy of an Excel spreadsheet titled "De Tomaso P72 | Global Chassis Allocations", produced by De Tomaso, and Bates stamped DT0000050169.

90.    Attached hereto as Exhibit 90 is a true and correct copy of a November 7, 2021 signed P72 Official Purchase Agreement, produced by Berris, and Bates stamped BERRIS-000253929.

91.    Attached hereto as Exhibit 91 is a true and correct copy of a September 28, 2021 signed P72 Official Purchase Agreement, produced by De Tomaso, and Bates stamped DT0000080756.

92.    Attached hereto as Exhibit 92 is a true and correct copy of an April 10, 2022 signed P72 Purchase Agreement, produced by De Tomaso, and Bates stamped DT0000034128.

93.    Attached hereto as Exhibit 93 is a true and correct copy of a January 31, 2022 email from Berris to Barry Skolnick, produced by De Tomaso, and Bates stamped DT0000030261.

94.    Attached hereto as Exhibit 94 is a true and correct copy of a December 29, 2020 email from Freda Ho to Berris, produced by Berris, and Bates stamped BERRIS-000071091.

95.    Attached hereto as Exhibit 95 is a true and correct copy of a December 31, 2020 WhatsApp conversation between Choi and Berris, produced by Berris, and Bates stamped BERRIS-0000030379.

96.    Attached hereto as Exhibit 96 is a true and correct copy of a January 5, 2021 WhatsApp conversation between Chi and Berris, produced by Berris, and Bates stamped BERRIS-000030582.

97.    Attached hereto as Exhibit 97 is a true and correct copy of a January 17, 2021 WhatsApp conversation between Choi and Berris, produced by Berris, and Bates stamped BERRIS-000030742.

98.    Attached hereto as Exhibit 98 is a true and correct copy of a March 15, 2021 email from Choi to Berris, produced by Berris, and Bates stamped BERRIS-000073910.

99.    Attached hereto as Exhibit 99 is a true and correct copy of a January 18, 2022 document titled "Proposed Deal Terms – For Discussion Only Agreement document between Carmen Jorda and De Tomaso Automobili Holdings N.A. LLC produced by De Tomaso, and Bates stamped DT0000052170.

100.    Attached hereto as Exhibit 100 is a true and correct copy of a June 1, 2021 WhatsApp conversation between Choi and Berris, produced by De Tomaso, and Bates stamped DT0000045727.

101.    Attached hereto as Exhibit 101 is a true and correct copy of a June 17, 2021 WhatsApp conversation between Berris and Choi, produced by Berris, and Bates stamped BERRIS-000033950.

102.    Attached hereto as Exhibit 102 is a true and correct copy of a June 19, 2021 WhatsApp conversation between Choi and Berris, produced by De Tomaso, and Bates stamped DT0000046548.

103.    Attached hereto as Exhibit 103 is a true and correct copy of a June 27, 2021 WhatsApp conversation between Berris and Choi, produced by Berris, and Bates stamped BERRIS-000034369.

104.    Attached hereto as Exhibit 104 is a true and correct copy of photos of the "Meet 'Isabelle'" marketing campaign, produced by Berris, and Bates stamped BERRIS-000201075.

105.    Attached hereto as Exhibit 105 is a true and correct copy of Carmen Jorda & Berris Internal Activities Planning spreadsheet, produced by Berris, and Bates stamped BERRIS-000143901.

106.    Attached hereto as Exhibit 106 is a true and correct copy of a photo of the "Meet 'Isabelle'" marketing campaign, produced by Berris, and Bates stamped BERRIS-000201157.

107.    Attached hereto as Exhibit 107 is a true and correct copy of a September 15, 2021 text message, produced by Berris, and Bates stamped BERRIS-000036391.

108.    Attached hereto as Exhibit 108 is a true and correct copy of a September 9, 2021 WhatsApp conversation between Marc Katzman and Berris, produced by Berris, and Bates stamped BERRIS-000199631.

109.    Attached hereto as Exhibit 109 is a true and correct copy of a November 9, 2021 WhatsApp conversation between Choi and Diana Majcher, produced by De Tomaso, and Bates stamped DT00132395.

110.    Attached hereto as Exhibit 110 is a true and correct copy of a March 13, 2022 email from Berris to Choi, produced by De Tomaso, and Bates stamped DT0000075576.

111.    Attached hereto as Exhibit 111 is a true and correct copy of a February 10, 2022 email from Lui to Choi, produced by Genesis, and Bates stamped GEN0000000168.

112.    Attached hereto as Exhibit 112 is a true and correct copy of a February 10, 2022 email from Lui to Choi produced by Genesis, and Bates stamped GEN0000000169.

113.    Attached hereto as Exhibit 113 is a true and correct copy of a March 22, 2022 email from Lui to Choi, produced by De Tomaso, and Bates stamped DT00113906.

114.    Attached hereto as Exhibit 114 is a true and correct copy of a March 11, 2022 email from Lui to Diana Majcher, produced by Genesis, and Bates stamped GEN0000000178.

115.    Attached hereto as Exhibit 115 is a true and correct copy of a Genesis Unicorn Capital Corp.Prospectus by Genesis, and Bates stamped GEN0000000638.

116.    Attached hereto as Exhibit 116 is a true and correct copy of a March 3, 2022 WhatsApp conversation between Choi and Diana Majcher, produced by De Tomaso, and Bates stamped DT00133566.

117.    Attached hereto as Exhibit 117 is a true and correct copy of a May 3, 2022 email from Lui to Berris, produced by De Tomaso, and Bates stamped DT0000034953.

118.    Attached hereto as Exhibit 118 is a true and correct copy of a May 3, 2022 Letter of Resignation from the Board written by Ryan Berris produced by De Tomaso, and Bates stamped DT00110062.

119.    Attached hereto as Exhibit 119 is a true and correct copy of a May 3, 2022 letter, produced by De Tomaso, and Bates stamped DT0000034954.

120.    Attached hereto as Exhibit 120 is a true and correct copy of a May 19, 2022 email from Francesca Caruso to Berris, with attachments, produced by De Tomaso, and Bates stamped DT0000036166.

121.    Attached hereto as Exhibit 121 is a true and correct copy of a May 31, 2022 email from Diana Majcher to the Aprivy Office, produced by De Tomaso, and Bates stamped DT0000050451.

122.    Attached hereto as Exhibit 122 is a true and correct copy of an October 10, 2023 email from Diana Majcher to Bart Waft, produced by De Tomaso, and Bates stamped DT00138703.

123.    Attached hereto as Exhibit 123 is a true and correct copy of an October 10, 2023 settlement agreement, produced by De Tomaso, and Bates stamped DT00138704.

124.    Attached hereto as Exhibit 124 is a true and correct copy of a May 14, 2022 email from Choi to Choi, produced by De Tomaso, and Bates stamped DT00110331.

125.    Attached hereto as Exhibit 125 is a true and correct copy of a May 14, 2022 WhatsApp conversation between Diana Majcher and Choi, produced by De Tomaso, and Bates stamped DT00110322.

126.    Attached hereto as Exhibit 126 is a true and correct copy of a May 16, 2022 WhatsApp conversation between Diana Majcher and Choi, produced by De Tomaso, and Bates stamped DT00110340.

127.    Attached hereto as Exhibit 127 is a true and correct copy of a June 24, 2022 email from Stanley Cohen to Choi, produced by De Tomaso, and Bates stamped DT00111229.

128.    Attached hereto as Exhibit 128 is a true and correct copy of a July 5, 2021 WhatsApp conversation between Diana Majcher and Choi, produced by De Tomaso, and Bates stamped DT00164138.

129.    Attached hereto as Exhibit 129 is a true and correct copy of a March 2, 2021 WhatsApp conversation between Choi and Diana Majcher, collected from Diana Majcher's phone,

produced by De Tomaso, and Bates stamped DT00130496.  The highlighted portions reflect messages that appear on Majcher's phone but not Choi's.

130.    Attached hereto as Exhibit 130 is a true and correct copy of a March 2, 2021 WhatsApp conversation between Choi and Diana Majcher, collected from Choi's phone, produced by De Tomaso, and Bates stamped DT00100640.

131.    Attached hereto as Exhibit 131 is a true and correct copy of an October 31, 2024 article titled "Who is Carmen Jorda, the driver signed by Tom Cruise?" by Marta Rodriguez Peleterio.

132.    Attached hereto as Exhibit 132 is a true and correct copy of a November 6, 2024 article titled "Tom Cruise shows off his piloting skills on helicopter ride with F1 driver Carmen Jordá" by Maria Loreto.

133.    Attached hereto as Exhibit 133 is a true and correct copy of an April 24, 2022 email from Lui to Berris, Choi, Ty Heng, Daniel Cheng, Ernest Fong, and Grainne Coen, produced by Berris, and Bates stamped BERRIS-000092815.

134.    Attached hereto as Exhibit 134 is a true and correct copy of an April 27, 2022 email from Lui to Berris, Choi, Juan Fernandez, Niel Starksen, Daniel Cheng and Ernest Fong, produced by Berris, and Bates stamped BERRIS-000093063.

135.    Attached hereto as Exhibit 135 is a true and correct copy of a February 4, 2021 WhatsApp conversation between Norman Choi and Diana Majcher produced by De Tomaso, and Bates stamped DT00130052.

136.    Attached hereto as Exhibit 136 is a true and correct copy of a December 30, 2020 email from Berris to James Rudolph, produced by Berris, and Bates stamped BERRIS-000325040.

137.    Attached hereto as Exhibit 137 is a true and correct copy of an October 2020 De Tomaso press release produced by De Tomaso, and Bates stamped DT00113837.

138.    Attached hereto as Exhibit 138 is a true and correct copy of a July 14, 2023 WhatsApp conversation between Choi and Diana Majcher, produced by De Tomaso, and Bates stamped DT0016477.

139.    Attached hereto as Exhibit 139 is a true and correct copy of a January 20, 2021 WhatsApp conversation with Norman Choi and Ryan Berris produced by De Tomaso, and Bates stamped DT0000040939.

140.    Attached hereto as Exhibit 140 is a true and correct copy of a January 15, 2022 WhatsApp chat between Choi and Berris, produced by De Tomaso, and Bates stamped DT00106908.

141.    Attached hereto as Exhibit 141 is a true and correct copy of a March 11, 2022 WhatsApp conversation between Choi and Diana Majcher, produced by De Tomaso, and Bates stamped DT00133763.

142.    Attached hereto as Exhibit 142 is a true and correct copy of a March 26, 2022 WhatsApp conversation between Choi and Jowyn Wong produced by De Tomaso, and Bates stamped DT00109256.

143.    Attached hereto as Exhibit 143 is a true and correct copy of a March 28, 2022 WhatsApp conversation between Choi and Diana Majcher, produced by De Tomaso, and Bates stamped DT00134279.

144.    Attached hereto as Exhibit 144 is a true and correct copy of an October 27, 2020 WhatsApp conversation between Joe Wong and Diana Majcher, produced by De Tomaso, and Bates stamped DT00128930.

145.     Attached hereto as Exhibit 145 is a true and correct copy of an April 22, 2022 WhatsApp conversation between Choi and Diana Majcher produced by De Tomaso, and Bates stamped DT00160972.

146.     Attached hereto as Exhibit 146 is a true and correct copy of a May 16, 2022 email from Berris to Majcher and Choi, produced by De Tomaso, and Bates stamped DT0000050334.

147.     Attached hereto as Exhibit 147 is a true and correct copy of a document title "Brief Bio on Inspector Bill Majcher," produced by De Tomaso, and Bates stamped DT00130584.

148.     Attached hereto as Exhibit 148 is a true and correct copy of a November 3, 2021 email from Hin Weng to Majcher and Choi, produced by Genesis, and Bates stamped GEN0000000003.

149.     Attached hereto as Exhibit 149 is a true and correct copy of the "Waft Book 2 Notes", produced by De Tomaso, and Bates stamped DT0000061290.

150.     Attached hereto as Exhibit 151 is a true and correct copy of the De Tomaso's memo of Berris' formal notice of suspension, produced by De Tomaso, and Bates stamped DT00110390.

151.     Attached hereto as Exhibit 152 is a true and correct copy of the De Tomaso ledger spreadsheet, produced by De Tomaso and Bates stamped DT00176285.

152.     Attached hereto as Exhibit 153 is a true and correct copy of a March 4, 2022 email from Aprivy Office to Majcher produced by De Tomaso, and Bates stamped DT0000075484

153.     Attached hereto as Exhibit 154 is a true and correct copy of a January 29, 2022 HSBC Jade Monthly Statement, produced by Genesis, and Bates stamped GEN0000009366.

154.     Attached hereto as Exhibit 155 is a true and correct copy of an October 29, 2021 WhatsApp conversation between Lui and Berris, produced by Genesis, and Bates stamped GEN0000000267.

155.    Attached hereto as Exhibit 156 is a true and correct copy of a March 2022 bank statement for Aprivy LLC, produced by Berris, and Bates stamped BERRIS-000355541.

156.    Attached hereto as Exhibit 157 is a true and correct copy of a December 7, 2021 WhatsApp conversation between Berris and Pat Devereux, produced by Berris, and Bates stamped BERRIS-000177682.

157.    Attached hereto as Exhibit 158 is a true and correct copy of a February 24, 2017 WhatsApp conversation between Choi and Berris, produced by Berris, and Bates stamped BERRIS-000002115.

158.    Attached hereto as Exhibit 159 is a true and correct copy of a June 24, 2022 email from Choi to Stanley Cohen, produced by De Tomaso, and Bates stamped DT00177630.

159.    Attached hereto as Exhibit 160 is a true and correct copy of a January 15, 2022 WhatsApp conversation between Choi and Berris, produced by Berris, and Bates stamped BERRIS-000039046.

160.    Attached hereto as Exhibit 161 is a true and correct copy of a Whatsapp conversation between Lui and Berris, produced by Genesis, and Bates stamped GEN0000007312.

161.    Attached hereto as Exhibit 162 is a true and correct copy of a travel record maintained by U.S. Customs and Border Protection, produced by Choi, and Bates stamped CHOI00000160.

162.    Attached hereto as Exhibit 163 is a true and correct copy of hotel reservation confirmation, produced by Berris, and Bates stamped BERRIS-000078609.

163.    Attached hereto as Exhibit 164 is a true and correct copy of a July 5, 2023 Intelligize DEFM14A form, produced by De Tomaso, and Bates stamped DT0000052700.

164.    Attached hereto as Exhibit 165 is a true and correct copy of a July 8, 2019 agreement between De Tomaso Automobili Limited and We Solutions Limited, produced by Berris, and Bates stamped BERRIS-000241279.

165.    Attached hereto as Exhibit 166 is a true and correct copy of a February 10, 2022 WhatsApp conversation between Choi and Diana Majcher, produced by De Tomaso, and Bates stamped DT00133161.

166.    Attached hereto as Exhibit 167 is a true and correct copy of an Excel spreadsheet titled "De Tomaso P72 / Global Chassis Allocations", produced by De Tomaso and Bates stamped DT00168682.

167.    Attached hereto as Exhibit 168 is a true and correct copy of a July 30, 2020 email from L. Rhodes to Choi and Berris, produced by Berris, and Bates stamped BERRIS-00064815.

168.    Attached hereto as Exhibit 169 is a true and correct copy of an August 31, 2023 Subscription Agreement produced by De Tomaso, and Bates stamped DT0000081653.

169.    Attached hereto as Exhibit 170 is a true and correct copy of July 22, 2014 SCG003C Race Kit Purchase Agreement, produced by Berris, and Bates stamped BERRIS-000222984.

170.    Attached hereto as Exhibit 171 is a true and correct copy of a letter from Scudera CG LLC, produced by Berris, and Bates stamped BERRIS-000223448.

171.    Attached hereto as Exhibit 172 is a true and correct copy of a February 26, 2020 WhatsApp conversation between Berris and Choi, produced by Berris and Bates stamped BERRIS-000023530.

172.    Attached hereto as Exhibit 173 is a true and correct copy of a May 14, 2020 WhatsApp conversation between Choi and Berris produced by Berris, and Bates stamped BERRIS-000025109.

173.    Attached hereto as Exhibit 174 is a true and correct copy of a March 13, 2022 Citi Bank Transaction detail for De Tomaso, produced by De Tomaso, and Bates stamped DT00133811.

174.    Attached hereto as Exhibit 175 is a true and correct copy of a March 16, 2022 Residential Unit Deed, produced by Berris, and Bates stamped BERRIS-000242102.

175.    Attached hereto as Exhibit 176 is a true and correct copy of a December, 9, 2021 email from Emily Aziz to Choi, and Daniell Greco, produced by De Tomaso and Bates stamped DT00105827.

176.    Attached hereto as Exhibit 177 is a true and correct copy of a reimbursement ledger, produced by De Tomaso, and Bates stamped DT0000036097.

177.    Attached hereto as Exhibit 178 is a true and correct copy of a February 9, 2020 email from Berris to Choi, produced by De Tomaso, and Bates stamped DT0000006473.

178.    Attached hereto as Exhibit 179 is a true and correct copy of a September 21, 2020 email from Berris to Joseph Russo, Ian DeValliere and Rod Shaw, produced by De Tomaso, and Bates stamped DT0000010772.

179.    Attached hereto as Exhibit 180 is a true and correct copy of an SEC Form, used as Exhibit 3 at the Genesis 30(b)(6) deposition in this action.

180.    Attached hereto as Exhibit 181 is a true and correct copy of pages of a financial due diligence report, produced by Genesis, and Bates stamped GEN0000007936.

181.    Attached hereto as Exhibit 182 is a true and correct copy of a Hong Kong exchange filing, produced by Berris, and Bates stamped BERRIS-000357289.

182.    Attached hereto as Exhibit 183 is a true and correct copy of a Hong Kong Exchange filing, produced by Berris, and Bates stamped BERRIS-00356123.

183.    Attached hereto as Exhibit 184 is a true and correct copy of a Hong Kong Exchange report, produced by Berris, and Bates stamped BERRIS-000357288.

184.    Attached hereto as Exhibit 185 is a true and correct copy of a Hong Kong Exchange filing, produced by Berris, and Bates stamped BERRIS-000356091.

185.    Attached hereto as Exhibit 186 is a true and correct copy of a draft Hong Kong Exchange filing, produced by De Tomaso, and Bates stamped DT00142119.

186.    Attached hereto as Exhibit 187 is a true and correct copy of a November 10, 2021 email from Berris to Choi and Michael Loke, produced by De Tomaso, and Bates stamped DT0000026192.

187.    Attached hereto as Exhibit 188 is a true and correct copy of a September 15, 2015 email from Choi to Berris, produced by Berris, and Bates stamped BERRIS-000055957.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.


Executed on:   December 6, 2024
               New York, New York

                                              /s/  John T. Zach