# EXHIBIT 12

# Short Message Report

| Conversations: 1 | Participants: 4 |
|---|---|
| Total Messages: 163 | Date Range: 8/25/2021 |

## Outline of Conversations

 **2LC36H - 8/25/2021** • 163 messages on 8/25/2021 • Norman Choi <85297708393@s.whatsapp.net> • Ryan Berris (owner <18609303746@s.whatsapp.net> • Ryan Berris <+118609303746> • Ryan Berris <18609303746@s.whatsapp.net>

**Messages in chronological order** (times are shown in GMT +00:00)

### 2LC36H - 8/25/2021

**Ryan Berris <+118609303746>** — 8/25/2021, 12:30 AM
https://youtu.be/9Y8L4MIR9Is

*Attachment: 79cfe261-389f-4e6f-882e-053e90747605.thumb (3 KB)*

**Ryan Berris <+118609303746>** — 8/25/2021, 1:12 AM
On phone with Evan now

**Ryan Berris <+118609303746>** — 8/25/2021, 1:12 AM
Manny onboard

**Ryan Berris <+118609303746>** — 8/25/2021, 1:12 AM
Fill you in on approach/strategy tomorrow

**Norman Choi <85297708393@s.whatsapp.net>** — 8/25/2021, 1:13 AM
🙏 Dreaming Drooling of the F1 V1

**Norman Choi <85297708393@s.whatsapp.net>** — 8/25/2021, 1:13 AM
V10

**Ryan Berris <+118609303746>** — 8/25/2021, 1:13 AM
haha

**Ryan Berris <+118609303746>** — 8/25/2021, 1:13 AM
I know, love it

**Norman Choi <85297708393@s.whatsapp.net>** — 8/25/2021, 1:13 AM
We are going to make it happen   No matter what

**Norman Choi <85297708393@s.whatsapp.net>** — 8/25/2021, 1:13 AM
EV maybe faster on a straight line but

**Norman Choi <85297708393@s.whatsapp.net>** — 8/25/2021, 1:13 AM
We will bring out the emotion

**Norman Choi <85297708393@s.whatsapp.net>** — 8/25/2021, 1:14 AM


Image: ed86196e-6623-48d1-91e3-f84c0e88e9ca.jpg (66 KB)

| RB | Ryan Berris <+118609303746> | 8/25/2021, 1:15 AM |
| | Well well noted | |

| RB | Ryan Berris <+118609303746> | 8/25/2021, 1:25 AM |
| | So confirmed, no new funds received? | |

| # | Norman Choi <85297708393@s.whatsapp.net> | 8/25/2021, 1:25 AM |
| | Diana will help to verify | |

| RB | Ryan Berris <+118609303746> | 8/25/2021, 1:26 AM |
| | Noted | |

| # | Norman Choi <85297708393@s.whatsapp.net> | 8/25/2021, 1:35 AM |
| | Just checked   Received 1st US$75k | |

| # | Norman Choi <85297708393@s.whatsapp.net> | 8/25/2021, 1:38 AM |


Image: ed377c68-ff19-40f8-93e2-b814daed637e.jpg (83 KB)

| RB | Ryan Berris <+118609303746> | 8/25/2021, 1:40 AM |
| | So just 1? | |

CONFIDENTIAL
BERRIS-000035817

| | | |
|---|---|---|
| RB | **Ryan Berris <+118609303746>**<br>I see two line items for Wojahns? | 8/25/2021, 1:40 AM |
| RB | **Ryan Berris <+118609303746>**<br>Or thats just for the one transaction? | 8/25/2021, 1:40 AM |
| # | **Norman Choi <85297708393@s.whatsapp.net>**<br>Just one | 8/25/2021, 1:40 AM |
| # | **Norman Choi <85297708393@s.whatsapp.net>**<br>Came in 4 hrs ago | 8/25/2021, 1:41 AM |
| # | **Norman Choi <85297708393@s.whatsapp.net>**<br>Just checked again   2nd 75k also received   Total 150k | 8/25/2021, 1:44 AM |
| # | **Norman Choi <85297708393@s.whatsapp.net>** | 8/25/2021, 1:46 AM |



Image: b4c808ca-619e-4f57-8eb0-2b56eccaaaa9.jpg (80 KB)

| | | |
|---|---|---|
| RB | **Ryan Berris <+118609303746>**<br>Noted | 8/25/2021, 1:47 AM |
| RB | **Ryan Berris <+118609303746>**<br>Let's see what comes in tomorrow | 8/25/2021, 1:47 AM |
| # | **Norman Choi <85297708393@s.whatsapp.net>**<br>Maybe 3rd one will come later today | 8/25/2021, 1:47 AM |
| RB | **Ryan Berris <+118609303746>**<br>👌 Keep me posted | 8/25/2021, 1:47 AM |
| RB | **Ryan Berris <+118609303746>** | 8/25/2021, 2:41 AM |


Image: 49a0092c-6150-48c1-9dc3-ed8324cd2368.jpg (53 KB)

| | | |
|---|---|---|
| # | **Norman Choi <85297708393@s.whatsapp.net>**<br>🙏🙏🙏 | 8/25/2021, 2:42 AM |
| RB | **Ryan Berris <+118609303746>**<br>Sleep well | 8/25/2021, 2:43 AM |
| RB | **Ryan Berris <+118609303746>**<br>Speak bright and early | 8/25/2021, 2:43 AM |
| RB | **Ryan Berris <+118609303746>**<br>Working with Robin now | 8/25/2021, 2:43 AM |
| # | **Norman Choi <85297708393@s.whatsapp.net>**<br>Sweet V10 16k rpm dream | 8/25/2021, 2:43 AM |
| # | **Norman Choi <85297708393@s.whatsapp.net>**<br>Hahaha | 8/25/2021, 2:43 AM |
| RB | **Ryan Berris <+118609303746>**<br>On background | 8/25/2021, 2:44 AM |
| RB | **Ryan Berris <+118609303746>**<br>While grinding | 8/25/2021, 2:44 AM |
| RB | **Ryan Berris <+118609303746>**<br>😊 | 8/25/2021, 2:44 AM |
| RB | **Ryan Berris <+118609303746>**<br>Perfect soundtrack | 8/25/2021, 2:44 AM |
| RB | **Ryan Berris <+118609303746>**<br>Morning bud | 8/25/2021, 12:51 PM |
| RB | **Ryan Berris <+118609303746>**<br>Hope you slept well | 8/25/2021, 12:51 PM |

| | | |
|---|---|---|
| RB | **Ryan Berris <+118609303746>**<br>Been at it since 5am | 8/25/2021, 12:51 PM |
| RB | **Ryan Berris <+118609303746>**<br>Will call you after 9am call as been flat out until this point | 8/25/2021, 12:51 PM |
| # | **Norman Choi <85297708393@s.whatsapp.net>**<br>Morning 👌 | 8/25/2021, 12:52 PM |
| # | **Norman Choi <85297708393@s.whatsapp.net>**<br>Been up since 4am 🙃 | 8/25/2021, 12:52 PM |
| RB | **Ryan Berris <+118609303746>**<br>Hopefully willingly | 8/25/2021, 12:52 PM |
| # | **Norman Choi <85297708393@s.whatsapp.net>**<br>We need to send a set of DT clothing to HK   Size Small | 8/25/2021, 12:54 PM |
| RB | **Ryan Berris <+118609303746>**<br>Just one set? | 8/25/2021, 12:54 PM |
| RB | **Ryan Berris <+118609303746>**<br>We will also need to place another order soon | 8/25/2021, 12:55 PM |
| # | **Norman Choi <85297708393@s.whatsapp.net>**<br>Yes   For a client's son   Yes indeed  And awaiting for new design as well | 8/25/2021, 12:55 PM |
| RB | **Ryan Berris <+118609303746>**<br>Sure | 8/25/2021, 12:55 PM |
| # | **Norman Choi <85297708393@s.whatsapp.net>**<br>I'm not getting the debate about the manifold | 8/25/2021, 1:30 PM |
| RB | **Ryan Berris <+118609303746>**<br>Got a bit heated | 8/25/2021, 1:32 PM |
| RB | **Ryan Berris <+118609303746>**<br>Growing pains | 8/25/2021, 1:32 PM |
| RB | **Ryan Berris <+118609303746>**<br>Glad we are having this open dialogue | 8/25/2021, 1:32 PM |
| # | **Norman Choi <85297708393@s.whatsapp.net>**<br>What's the debate   Material? | 8/25/2021, 1:32 PM |
| RB | **Ryan Berris <+118609303746>**<br>Process from what I understood | 8/25/2021, 1:32 PM |
| RB | **Ryan Berris <+118609303746>**<br>I'll speak to Josh afterwards | 8/25/2021, 1:32 PM |
| # | **Norman Choi <85297708393@s.whatsapp.net>**<br>👌 | 8/25/2021, 1:33 PM |

| | | |
|---|---|---|
| # | **Norman Choi <85297708393@s.whatsapp.net>**<br>Roush is charging us lots for the manifold  And I expect world class appearance | 8/25/2021, 1:33 PM |
| RB | **Ryan Berris <+118609303746>**<br>For sure, it's coming from CTE | 8/25/2021, 1:33 PM |
| # | **Norman Choi <85297708393@s.whatsapp.net>**<br>What material is being considered | 8/25/2021, 1:34 PM |
| RB | **Ryan Berris <+118609303746>**<br>Multiple options | 8/25/2021, 1:34 PM |
| RB | **Ryan Berris <+118609303746>**<br>Stainless Steel (standard), Titanium and Iconel | 8/25/2021, 1:34 PM |
| RB | **Ryan Berris <+118609303746>**<br>options | 8/25/2021, 1:34 PM |
| # | **Norman Choi <85297708393@s.whatsapp.net>**<br>Robertino recommended? | 8/25/2021, 1:34 PM |
| RB | **Ryan Berris <+118609303746>**<br>No, this was something we planned with CTE originally | 8/25/2021, 1:35 PM |
| # | **Norman Choi <85297708393@s.whatsapp.net>**<br>I'll call him later as well | 8/25/2021, 1:35 PM |
| # | **Norman Choi <85297708393@s.whatsapp.net>**<br>I need to call Samuel now | 8/25/2021, 2:03 PM |
| RB | **Ryan Berris <+118609303746>**<br>Ok | 8/25/2021, 2:03 PM |
| RB | **Ryan Berris <+118609303746>**<br>I have another call shortly | 8/25/2021, 2:03 PM |
| RB | **Ryan Berris <+118609303746>**<br>Let's connect after | 8/25/2021, 2:03 PM |
| RB | **Ryan Berris <+118609303746>**<br>Keep me posted | 8/25/2021, 2:04 PM |
| RB | **Ryan Berris <+118609303746>**<br>💪 | 8/25/2021, 2:04 PM |
| RB | **Ryan Berris <+118609303746>**<br>Just got off phone with Mike Spinelli.  He is confirmed for our event and blocked off 15th and 16th | 8/25/2021, 2:53 PM |
| RB | **Ryan Berris <+118609303746>**<br>Also just spoke to Photographer, they need a couple more days for edit | 8/25/2021, 2:57 PM |
| RB | **Ryan Berris <+118609303746>**<br>S&P for P72 just went out to Benn | 8/25/2021, 3:02 PM |
| # | **Norman Choi <85297708393@s.whatsapp.net>**<br>Copy    Do we have a rough idea how many will attend? Journalist, clients    Just try to make the space a bit filled    Noted on the photos | 8/25/2021, 3:02 PM |

CONFIDENTIAL BERRIS-000035821

| | | |
|---|---|---|
| RB | **Ryan Berris <+118609303746>**<br>In progress, but hence why best path is Press Event as we are planning | 8/25/2021, 3:03 PM |
| RB | **Ryan Berris <+118609303746>**<br>Will get other journalists to attend and as many clients as we can | 8/25/2021, 3:03 PM |
| RB | **Ryan Berris <+118609303746>**<br>Will be impactful | 8/25/2021, 3:03 PM |
| # | **Norman Choi <85297708393@s.whatsapp.net>**<br>Sophia and I will try to go to the bank ATM to get some cash   in the case we cannot withdraw, may need your help | 8/25/2021, 3:03 PM |
| RB | **Ryan Berris <+118609303746>**<br>Drive will create video and stream | 8/25/2021, 3:03 PM |
| RB | **Ryan Berris <+118609303746>**<br>No worries, let me know | 8/25/2021, 3:03 PM |
| # | **Norman Choi <85297708393@s.whatsapp.net>**<br>Hopefull 15+ journalists….. and other media | 8/25/2021, 3:04 PM |
| RB | **Ryan Berris <+118609303746>**<br>Quality over Quantity | 8/25/2021, 3:04 PM |
| RB | **Ryan Berris <+118609303746>**<br>It needs to reinforce strong foundation for online narrative, will be handled properly | 8/25/2021, 3:04 PM |
| # | **Norman Choi <85297708393@s.whatsapp.net>**<br>https://www.sec.gov/Archives/edgar/data/0001853112/000149315221015906/forms-1.htm | 8/25/2021, 3:10 PM |
| # | **Norman Choi <85297708393@s.whatsapp.net>**<br>Samuel's latest SPAC | 8/25/2021, 3:10 PM |
| # | **Norman Choi <85297708393@s.whatsapp.net>**<br>Tell u more later when we meet  Will have a call with Robertino at 12 | 8/25/2021, 3:11 PM |
| RB | **Ryan Berris <+118609303746>**<br>Will have a look | 8/25/2021, 3:11 PM |
| RB | **Ryan Berris <+118609303746>**<br>I'm on calls/etc until ~4pm | 8/25/2021, 3:11 PM |
| RB | **Ryan Berris <+118609303746>**<br>Can come to you right after | 8/25/2021, 3:12 PM |
| RB | **Ryan Berris <+118609303746>**<br>If that works | 8/25/2021, 3:12 PM |
| # | **Norman Choi <85297708393@s.whatsapp.net>**<br>Take your time   Do your things | 8/25/2021, 3:13 PM |
| RB | **Ryan Berris <+118609303746>**<br>FYI, IDIADA asking for remaining balance from past payment for difference from USD to EUR | 8/25/2021, 3:23 PM |
| RB | **Ryan Berris <+118609303746>** | 8/25/2021, 3:23 PM |

They are asking for it to be settled as soon as possible to avoid disruptions in project and the amount totals 116.072,18 €

| # | **Norman Choi <85297708393@s.whatsapp.net>** | 8/25/2021, 3:25 PM |
|---|---|---|
| | U want to send from US acc? | |

| RB | **Ryan Berris <+118609303746>** | 8/25/2021, 3:25 PM |
|---|---|---|
| | Can do | |

| # | **Norman Choi <85297708393@s.whatsapp.net>** | 8/25/2021, 3:25 PM |
|---|---|---|
| | Can try to see the flow how it works | |

| # | **Norman Choi <85297708393@s.whatsapp.net>** | 8/25/2021, 3:27 PM |
|---|---|---|
| | Not immediately but need to group DT CT into DT NA   need cfo/ accountant as well   Let's talk later on this | |

| RB | **Ryan Berris <+118609303746>** | 8/25/2021, 3:27 PM |
|---|---|---|
| | For sure to all | |

| RB | **Ryan Berris <+118609303746>** | 8/25/2021, 3:27 PM |
|---|---|---|
| | We talk later | |

| RB | **Ryan Berris <+118609303746>** | 8/25/2021, 3:27 PM |
|---|---|---|
| | onto another meeting now | |

| # | **Norman Choi <85297708393@s.whatsapp.net>** | 8/25/2021, 3:54 PM |
|---|---|---|
| | I email a few property agents   And need your mobile for registration   Apology | |

| RB | **Ryan Berris <+118609303746>** | 8/25/2021, 4:15 PM |
|---|---|---|
| | no worries | |

| # | **Norman Choi <85297708393@s.whatsapp.net>** | 8/25/2021, 4:40 PM |
|---|---|---|
| | Rick is scdeduled to arrive LA 27th am or pm? | |

| RB | **Ryan Berris <+118609303746>** | 8/25/2021, 4:40 PM |
|---|---|---|
| | Not sure yet | |

| # | **Norman Choi <85297708393@s.whatsapp.net>** | 8/25/2021, 4:40 PM |



*Image: 5f59bbab-9a8c-4ec7-bf3f-b61cc48d9036.jpg (129 KB)*

| # | **Norman Choi <85297708393@s.whatsapp.net>** | 8/25/2021, 4:40 PM |


Image: 3c198090-d28f-4f06-910b-0f62aba00250.jpg (148 KB)

| | | |
|---|---|---|
| RB | **Ryan Berris <+118609303746>**<br>Likely pm | 8/25/2021, 4:40 PM |
| RB | **Ryan Berris <+118609303746>**<br>Wow | 8/25/2021, 4:41 PM |
| RB | **Ryan Berris <+118609303746>**<br>Looks epic | 8/25/2021, 4:41 PM |
| # | **Norman Choi <85297708393@s.whatsapp.net>** | 8/25/2021, 4:42 PM |


Image: f476ffb6-eb50-4126-af7c-e0bef277313d.jpg (111 KB)

| | | |
|---|---|---|
| # | **Norman Choi <85297708393@s.whatsapp.net>** | 8/25/2021, 4:42 PM |



Image: b51d7a42-7fb6-47b6-8dfd-73abe913050c.jpg (117 KB)

\# **Norman Choi <85297708393@s.whatsapp.net>** 8/25/2021, 4:42 PM



Image: a792363e-ecfc-47bc-8fd1-d0c20ed19c65.jpg (114 KB)

\# **Norman Choi <85297708393@s.whatsapp.net>** 8/25/2021, 4:42 PM



Image: 5a8fbfce-2243-45dd-b8b1-50a7c291bdb6.jpg (94 KB)

RB **Ryan Berris <+118609303746>** 8/25/2021, 5:07 PM
Had a nice chat earlier with David Heath. I'm sending him a sample contract so he knows what he would be signing if he commits.

RB **Ryan Berris <+118609303746>** 8/25/2021, 5:07 PM
I'll keep you posted. We will make this happen. 😎

| | | |
|---|---|---|
| # | **Norman Choi <85297708393@s.whatsapp.net>** | 8/25/2021, 5:07 PM |
| | So I'm coming down Thursday to spec my Huayra R and then will be at the cave to see the Apollo all day Friday. I wanted to have a chat and see what the real possibility is of adding the Apollo IE to my collection on Friday? | |
| # | **Norman Choi <85297708393@s.whatsapp.net>** | 8/25/2021, 5:07 PM |
| | Yet my real question is would you allow me to buy it from you if the first impression is right? | |
| # | **Norman Choi <85297708393@s.whatsapp.net>** | 8/25/2021, 5:07 PM |
| | 100% just wanted to be sure it was possible if all was right. I think one important element to me is if this is a one off car or is it the start of a brand with more cars to come in the future. I think long term successful brand with a range of models is very important over a one off car | |
| # | **Norman Choi <85297708393@s.whatsapp.net>** | 8/25/2021, 5:07 PM |
| | I'm very excited to see what you've achieved 👌 | |
| # | **Norman Choi <85297708393@s.whatsapp.net>** | 8/25/2021, 5:08 PM |
| | A brief of the convo   Told him we meet Sat midday | |
| RB | **Ryan Berris <+118609303746>** | 8/25/2021, 5:08 PM |
| | 👌 | |
| RB | **Ryan Berris <+118609303746>** | 8/25/2021, 5:10 PM |
| | 💪 | |
| RB | **Ryan Berris <+118609303746>** | 8/25/2021, 5:25 PM |
| | I'll make sure paperwork is prepared | |
| RB | **Ryan Berris <+118609303746>** | 8/25/2021, 5:26 PM |
| | With Miller | |
| # | **Norman Choi <85297708393@s.whatsapp.net>** | 8/25/2021, 5:26 PM |
| | 👍 | |
| # | **Norman Choi <85297708393@s.whatsapp.net>** | 8/25/2021, 8:54 PM |
| | We are in Hudson yards area and will probably have dinner on our own tonight, let's meet tmr am to go over all the happenings | |
| RB | **Ryan Berris <+118609303746>** | 8/25/2021, 8:56 PM |
| | Sounds like a plan | |
| RB | **Ryan Berris <+118609303746>** | 8/25/2021, 8:56 PM |
| | Still on calls... send updates later | |
| # | **Norman Choi <85297708393@s.whatsapp.net>** | 8/25/2021, 8:57 PM |
| | 👍 | |
| # | **Norman Choi <85297708393@s.whatsapp.net>** | 8/25/2021, 9:02 PM |
| | https://engineeringproductdesign.com/ferrari-exhaust-manifold-cast/ | |
| | *Attachment: f9317f44-4e1c-4e89-a255-63e55a4cbbd4.thumb (4 KB)* | |
| RB | **Ryan Berris <+118609303746>** | 8/25/2021, 9:08 PM |
| | Will have a read | |
| # | **Norman Choi <85297708393@s.whatsapp.net>** | 8/25/2021, 10:20 PM |
| | Recommend clients to purchase optional inconel/ Ti exhaust manifold is highly highly recommended | |

CONFIDENTIAL
BERRIS-000035826

| | | |
|---|---|---|
| RB | **Ryan Berris <+118609303746>**<br>1100% | 8/25/2021, 10:44 PM |
| RB | **Ryan Berris <+118609303746>**<br>TV_DETOMASO_Logo.mp4 | 8/25/2021, 10:45 PM |

*Attachment: 820e47d3-aa71-4f13-8d74-51d9eb08ae82.mp4 (107 KB)*

| | | |
|---|---|---|
| # | **Norman Choi <85297708393@s.whatsapp.net>**<br>Now perfect 😊 | 8/25/2021, 10:47 PM |
| RB | **Ryan Berris <+118609303746>**<br>Yup! | 8/25/2021, 10:48 PM |
| RB | **Ryan Berris <+118609303746>**<br>Pushing like h*ll on many levels | 8/25/2021, 10:48 PM |
| RB | **Ryan Berris <+118609303746>**<br>Getting it done | 8/25/2021, 10:48 PM |
| RB | **Ryan Berris <+118609303746>**<br>Evan preparing paperwork for Benn's IE | 8/25/2021, 10:48 PM |
| # | **Norman Choi <85297708393@s.whatsapp.net>**<br>💪💪 | 8/25/2021, 11:17 PM |
| RB | **Ryan Berris <+118609303746>**<br>Hope you're enjoying nice time with the family | 8/25/2021, 11:18 PM |
| RB | **Ryan Berris <+118609303746>**<br>I'll send you draft of reply to Ash soon | 8/25/2021, 11:18 PM |
| RB | **Ryan Berris <+118609303746>**<br>Separately, I have meeting at bank tomorrow at 11am to do wire to IDIADA | 8/25/2021, 11:18 PM |
| RB | **Ryan Berris <+118609303746>**<br>Do you need me to get some cash for you? | 8/25/2021, 11:18 PM |
| # | **Norman Choi <85297708393@s.whatsapp.net>**<br>I actually do  Shall we meet 9am? | 8/25/2021, 11:19 PM |
| RB | **Ryan Berris <+118609303746>**<br>We have call at 8am with IDIADA | 8/25/2021, 11:20 PM |
| RB | **Ryan Berris <+118609303746>**<br>So either we meet earlier and have call together or we can meet after my Bank appointment as it is near my hotel | 8/25/2021, 11:21 PM |
| RB | **Ryan Berris <+118609303746>**<br>As I have to go to a specific branch until I receive the other paperwrok | 8/25/2021, 11:21 PM |
| RB | **Ryan Berris <+118609303746>**<br>paperwork* | 8/25/2021, 11:22 PM |
| # | **Norman Choi <85297708393@s.whatsapp.net>**<br>We can meet after you are done with the bank so no need to walk up and down | 8/25/2021, 11:43 PM |

| | | |
|---|---|---|
| RB | **Ryan Berris <+118609303746>**<br>👌 | 8/25/2021, 11:43 PM |
| RB | **Ryan Berris <+118609303746>**<br>How much do you need? | 8/25/2021, 11:43 PM |
| # | **Norman Choi <85297708393@s.whatsapp.net>**<br>Let's do US$1k | 8/25/2021, 11:47 PM |
| RB | **Ryan Berris <+118609303746>**<br>No problem | 8/25/2021, 11:50 PM |
| RB | **Ryan Berris <+118609303746>**<br>Just emailed you draft response to Ash | 8/25/2021, 11:54 PM |
| # | **Norman Choi <85297708393@s.whatsapp.net>**<br>👌 | 8/25/2021, 11:54 PM |
| RB | **Ryan Berris <+118609303746>**<br>Btw, did we receive any further transfers from Wojhan? | 8/25/2021, 11:58 PM |
| # | **Norman Choi <85297708393@s.whatsapp.net>**<br>Ash pls go ahead  Will check fund when I am back to hotel | 8/25/2021, 11:59 PM |

CONFIDENTIAL  BERRIS-000035828