# EXHIBIT 13

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 5 |
| Total Messages: 137 | Date Range: 1/14/2022 |

### Outline of Conversations

**2LC36H - 1/14/2022** • 137 messages on 1/14/2022 • Message <System> • Norman Choi <85297708393@s.whatsapp.net> • Ryan Berris (owner <18609303746@s.whatsapp.net> • Ryan Berris <+118609303746> • Ryan Berris <18609303746@s.whatsapp.net>

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **2LC36H - 1/14/2022**

| | | |
|---|---|---|
| MS | **Message \<System\>**<br>Missed Voice Call | 1/14/2022, 12:14 AM |
| RB | **Ryan Berris <+118609303746>**<br>Pablo Rodriguez-Fraile | 1/14/2022, 12:31 AM |
| # | **Norman Choi <85297708393@s.whatsapp.net>**<br>Pls ask Evan not to judge by rhe address shown on the registration of interest   Ex. Lauren's address is US$1.1m | 1/14/2022, 1:18 AM |
| # | **Norman Choi <85297708393@s.whatsapp.net>**<br>Is idealteamventuresa website still working? | 1/14/2022, 2:18 AM |
| RB | **Ryan Berris <+118609303746>**<br>https://idealteamventures.com | 1/14/2022, 3:05 AM |
| RB | **Ryan Berris <+118609303746>**<br>Yes | 1/14/2022, 3:05 AM |
| RB | **Ryan Berris <+118609303746>**<br>Why do you ask? | 1/14/2022, 3:10 AM |
| RB | **Ryan Berris <+118609303746>**<br>BTW: | 1/14/2022, 3:11 AM |
| RB | **Ryan Berris <+118609303746>**<br>"Hello Ryan,   I have an important, "top secret" (for now) question for you. I have NOT yet even opened this topic with Evan Cygler (Miller Motorcars).   Has anyone ordered two (2) De Tomaso P72s? Is such a thing even possible, or allowed?   Yes, I tend to order "special things of significance" in pairs. I'm not fully committed yet, but I thought I would open the topic with you, if I may.   Best,   " | 1/14/2022, 3:11 AM |
| RB | **Ryan Berris <+118609303746>**<br>Jeff Scott | 1/14/2022, 3:17 AM |
| # | **Norman Choi <85297708393@s.whatsapp.net>**<br>Yes    There is one | 1/14/2022, 3:17 AM |
| # | **Norman Choi <85297708393@s.whatsapp.net>**<br>His initial is NC | 1/14/2022, 3:17 AM |
| RB | **Ryan Berris <+118609303746>**<br>haha | 1/14/2022, 3:18 AM |
| # | **Norman Choi <85297708393@s.whatsapp.net>**<br>Project Financing proposal LV Capital 20220113.pdf<br><br>*Attachment: 68514c4a-b9f0-421f-9b5d-a8cfd33a1a84.thumb (1 KB)* | 1/14/2022, 3:18 AM |
| # | **Norman Choi <85297708393@s.whatsapp.net>**<br>That's why I ask ITV | 1/14/2022, 3:18 AM |
| RB | **Ryan Berris <+118609303746>**<br>It's currently just a landing page | 1/14/2022, 3:19 AM |

| | | |
|---|---|---|
| # | **Norman Choi <85297708393@s.whatsapp.net>**<br>Used to have full info, still there? | 1/14/2022, 3:19 AM |
| RB | **Ryan Berris <+118609303746>**<br>That was plagarised by Kit | 1/14/2022, 3:19 AM |
| RB | **Ryan Berris <+118609303746>**<br>I can recreate and make live | 1/14/2022, 3:19 AM |
| RB | **Ryan Berris <+118609303746>**<br>Will need some time | 1/14/2022, 3:20 AM |
| RB | **Ryan Berris <+118609303746>**<br>Can be done in about week or so | 1/14/2022, 3:24 AM |
| # | **Norman Choi <85297708393@s.whatsapp.net>**<br>Ok got it | 1/14/2022, 3:30 AM |
| # | **Norman Choi <85297708393@s.whatsapp.net>**<br>That's very encouraging   Must visit him in person | 1/14/2022, 3:31 AM |
| RB | **Ryan Berris <+118609303746>**<br>Let's discuss more in AM | 1/14/2022, 3:33 AM |
| RB | **Ryan Berris <+118609303746>**<br>Been very long day | 1/14/2022, 3:33 AM |
| RB | **Ryan Berris <+118609303746>**<br>Need some rest | 1/14/2022, 3:33 AM |
| # | **Norman Choi <85297708393@s.whatsapp.net>**<br>Have a good rest  I'm still powering on hahahah | 1/14/2022, 3:34 AM |
| RB | **Ryan Berris <+118609303746>**<br>Godspeed | 1/14/2022, 3:34 AM |
| # | **Norman Choi <85297708393@s.whatsapp.net>**<br>Been a great day  Keep pushing 👊👊👊 | 1/14/2022, 3:34 AM |
| RB | **Ryan Berris <+118609303746>**<br>Indeed it has | 1/14/2022, 3:34 AM |
| RB | **Ryan Berris <+118609303746>**<br>I always am | 1/14/2022, 3:34 AM |
| RB | **Ryan Berris <+118609303746>**<br>And delivering | 1/14/2022, 3:34 AM |
| # | **Norman Choi <85297708393@s.whatsapp.net>**<br>The best is yet to come | 1/14/2022, 3:34 AM |
| RB | **Ryan Berris <+118609303746>**<br>Mr. Choi, | 1/14/2022, 12:14 PM |
| RB | **Ryan Berris <+118609303746>** | 1/14/2022, 12:14 PM |

CONFIDENTIAL

|    |    |    |
|---|---|---|
|    | Good morning |    |
| RB | Ryan Berris <+118609303746> | 1/14/2022, 12:14 PM |
|    | Invite to Fanatec sent for Tuesday call at 9am EST |    |
| RB | Ryan Berris <+118609303746> | 1/14/2022, 12:14 PM |
|    | We have weekly Roush call today (local review) at 9am EST. Let me know if you plan to join |    |
| RB | Ryan Berris <+118609303746> | 1/14/2022, 12:15 PM |
|    | Basic Agenda – Weekly Review with De Tomaso  Program Timing CAD Package Review Open Issues Review Walk-Ins  A detailed agenda will be sent out prior to each meeting.  Regards,  Matthew J. Hepburn Supervisor – Powertrain Engineering  T: 313-425-2310 | M: 810-531-7521 | F: 313-425-2923  Matthew.Hepburn@roush.com<mailto:Matthew.Hepburn@roush.com> | www.roush.com<http://www.roush.com/>  [cid:image001.jpg@01D72249.2D1F4520]  777 Republic Dr., Allen Park, MI  48101  Proprietary Rights Notice for Data Provided by ROUSH. This Email or Email string contains ROUSH Proprietary Data ("Data") and/or that of its customers or suppliers with permission and may be subject to the International Traffic in Arms Regulations ("ITAR"), or Export Administration Regulation ("EAR").  Redistribution of any Data contained herein, whether or not ITAR/EAR related, is prohibited without prior written permission from ROUSH.  Failure to comply with the foregoing restrictions and unauthorized redistribution of this Data is a violation of applicable laws, including the ITAR or EAR, and may be subject to criminal prosecution and civil penalties.  If you are not the intended recipient of this E-mail you may not copy or deliver it or its attachments.  You should destroy this Email and its attachments and notify the sender by reply Email. _____ Microsoft Teams meeting Join on your computer or mobile app Click here to join the meeting<https://teams.microsoft.com/l/meetup-join/19%3ameeting_YWQ0Njg3OTAtZTZkNi00NjIxLWIyZjAtMTg0NGQ5NzVhMDgz%40thread.v2/0?context=%7b%22Tid%22%3a%224f2d5c8a-62c0-4813-aab8-fbb6ff09f63e%22%2c%22Oid%22%3a%22b82be97f-fbc9-44a3-9462-6e40815518fc%22%7d> Or call in (audio only) +1 313-261-5300,,330276060#<tel:+13132615300,,330276060#> United States, Detroit Phone Conference ID: 330 276 060# Find a local number<https://dialin.teams.microsoft.com/eebdf143-3561-470b-9f1b-d1ec37339ff8?id=330276060> | Reset PIN<https://mysettings.lync.com/pstnconferencing> Learn More<https://aka.ms/JoinTeamsMeeting> | Meeting options<https://teams.microsoft.com/meetingOptions/?organizerId=b82be97f-fbc9-44a3-9462-6e40815518fc&tenantId=4f2d5c8a-62c0-4813-aab8-fbb6ff09f63e&threadId=19_meeting_YWQ0Njg3OTAtZTZkNi00NjIxLWIyZjAtMTg0NGQ5NzVhMDgz@thread.v2&messageId=0&language=en-US> _____ |    |
| RB | Ryan Berris <+118609303746> | 1/14/2022, 12:15 PM |
|    | Re: IAN & Stonebridge, I will revert (as noted I am finishing revised Data Room) |    |
| RB | Ryan Berris <+118609303746> | 1/14/2022, 12:16 PM |
|    | New leads that came in since we last spoke are already being sorted |    |
| # | Norman Choi <85297708393@s.whatsapp.net> | 1/14/2022, 12:16 PM |
|    | Good Morning 👍 I'll join  Matthew hasn't sent out the revised payment schedule |    |
| RB | Ryan Berris <+118609303746> | 1/14/2022, 12:16 PM |
|    | He sent last week, you were cc'd right? |    |
| RB | Ryan Berris <+118609303746> | 1/14/2022, 12:16 PM |
|    | Let me go revisit |    |
| RB | Ryan Berris <+118609303746> | 1/14/2022, 12:17 PM |
|    | Just saw he didn't cc you... |    |
| RB | Ryan Berris <+118609303746> | 1/14/2022, 12:17 PM |
|    | Forwarding now |    |
| # | Norman Choi <85297708393@s.whatsapp.net> | 1/14/2022, 12:17 PM |
|    | 💧 |    |
| # | Norman Choi <85297708393@s.whatsapp.net> | 1/14/2022, 12:17 PM |
|    | Hi Norman, thanks for our call. Can you please send me an email regarding the 5% commission on the two EU cars, so |    |

that I can continue to work on the client. Best, Florian

| | | |
|---|---|---|
| # | **Norman Choi <85297708393@s.whatsapp.net>**<br>Would you mind sending him a quick email? | 1/14/2022, 12:18 PM |
| RB | **Ryan Berris <+118609303746>**<br>Do we know the precise names? | 1/14/2022, 12:18 PM |
| RB | **Ryan Berris <+118609303746>**<br>If not, I can sort directly with him | 1/14/2022, 12:18 PM |
| # | **Norman Choi <85297708393@s.whatsapp.net>**<br>Gunther and his friend | 1/14/2022, 12:18 PM |
| RB | **Ryan Berris <+118609303746>**<br>Will handle | 1/14/2022, 12:18 PM |
| # | **Norman Choi <85297708393@s.whatsapp.net>**<br>👌 | 1/14/2022, 12:18 PM |
| # | **Norman Choi <85297708393@s.whatsapp.net>**<br>I emailed Faisal Khan myself last night   Felt bad | 1/14/2022, 12:19 PM |
| RB | **Ryan Berris <+118609303746>**<br>I emailed him awhile ago | 1/14/2022, 12:23 PM |
| RB | **Ryan Berris <+118609303746>**<br>No response | 1/14/2022, 12:23 PM |
| RB | **Ryan Berris <+118609303746>**<br>No need to chase him anymore | 1/14/2022, 12:23 PM |
| RB | **Ryan Berris <+118609303746>**<br>done and you're cc'd | 1/14/2022, 12:26 PM |
| # | **Norman Choi <85297708393@s.whatsapp.net>**<br>🙏 | 1/14/2022, 12:28 PM |
| RB | **Ryan Berris <+118609303746>**<br>I'll call you after Roush call | 1/14/2022, 12:44 PM |
| RB | **Ryan Berris <+118609303746>**<br>Very productive morning | 1/14/2022, 12:44 PM |
| # | **Norman Choi <85297708393@s.whatsapp.net>**<br>I think we should wait …. | 1/14/2022, 12:45 PM |
| RB | **Ryan Berris <+118609303746>**<br>Indeed, no rush (ball is in our court) | 1/14/2022, 12:45 PM |
| # | **Norman Choi <85297708393@s.whatsapp.net>**<br>Remind me, we need to ask Miller to issue the bond for Benn's IE | 1/14/2022, 1:46 PM |
| RB | **Ryan Berris <+118609303746>**<br>Will do | 1/14/2022, 1:50 PM |

| | | |
|---|---|---|
| RB | **Ryan Berris <+118609303746>**<br>We speak after ROUSH | 1/14/2022, 1:50 PM |
| # | **Norman Choi <85297708393@s.whatsapp.net>**<br>👌 | 1/14/2022, 1:53 PM |
| # | **Norman Choi <85297708393@s.whatsapp.net>**<br>Received Idiada's email  Pre production cars for Q2 2023… | 1/14/2022, 1:55 PM |
| RB | **Ryan Berris <+118609303746>**<br>We discuss on our call you and I | 1/14/2022, 1:57 PM |
| # | **Norman Choi <85297708393@s.whatsapp.net>**<br>Sure | 1/14/2022, 1:57 PM |
| RB | **Ryan Berris <+118609303746>**<br>Hopping on Roush now.  If you can't join no pressure as I can handle and brief you after | 1/14/2022, 1:57 PM |
| RB | **Ryan Berris <+118609303746>**<br>Ok for us to proceed? | 1/14/2022, 2:01 PM |
| RB | **Ryan Berris <+118609303746>**<br>or issues connecting? | 1/14/2022, 2:01 PM |
| RB | **Ryan Berris <+118609303746>**<br>"Thomas Jackermeier has accepted this event." | 1/14/2022, 2:10 PM |
| RB | **Ryan Berris <+118609303746>**<br>FYI | 1/14/2022, 2:10 PM |
| # | **Norman Choi <85297708393@s.whatsapp.net>**<br>Got it | 1/14/2022, 2:10 PM |
| RB | **Ryan Berris <+118609303746>**<br>*Saturday*  Meeting wit Jan & Jiri to present 3 concepts for configurator (working models) _   *Sunday/Monday*  Meeting with Bernie Ecclestone _   *Tuesday*  Meeting with company who runs Mercedes Project One and Bugatti customer experience. I've got them to a point whereby they will work for free and setup independent structure and margin share matrix (they typically charge 1-2mm Euro per year)…This will allow us to have everything properly planned and managed for Le Mans Classic and client/testing events going forward _   *Wednesday*  Meeting with Bart & Lies to see final prototype of Book part one and slip case concept for quality review. If approved, it can go into print and be ready for delivery in beginning of February _    *Thursday/Friday*  Meeting with Louwman Clients (Location TBD - Louwman and/or Germany (capricorn)  New Clients:  * SP1 & SP2 brothers * Their SP1 friend * Albert Jochems * Saudi/Swiss Gu * Royal Family  Existing Clients:  * To keep energy high and supplement second deposit cadence _   *Saturday*  Meeting with you, I and Miller for P900, P72 Options process internal prefacing, existing client | 1/14/2022, 2:57 PM |
| # | **Norman Choi <85297708393@s.whatsapp.net>**<br>To confirm   Louwman currently has 3 paid clients  And 3-4 are coming in | 1/14/2022, 3:57 PM |
| RB | **Ryan Berris <+118609303746>**<br>Louwman has 4 paid clients | 1/14/2022, 4:02 PM |
| RB | **Ryan Berris <+118609303746>**<br>With signed purchase agreements | 1/14/2022, 4:02 PM |
| RB | **Ryan Berris <+118609303746>**<br>Now another 4-5 are coming | 1/14/2022, 4:02 PM |
| RB | **Ryan Berris <+118609303746>** | 1/14/2022, 4:04 PM |

CONFIDENTIAL

| | | |
|---|---|---|
| | Louwman is also holding funds that I will have them release to us | |
| # | **Norman Choi <85297708393@s.whatsapp.net>**<br>I also sent out message to MBS and Christian Mack   No need for guessing | 1/14/2022, 4:09 PM |
| RB | **Ryan Berris <+118609303746>**<br>What did you sent to C_Mack? | 1/14/2022, 4:11 PM |
| RB | **Ryan Berris <+118609303746>**<br>send* | 1/14/2022, 4:11 PM |
| # | **Norman Choi <85297708393@s.whatsapp.net>**<br>Good Day Christian   I would like to check in with you if you still want to go ahead with the P72.  Initially we have you down on the list but I don't think we have ever entered into an agreement.  We are fine with either way but do let us know your decision.  Thank you Norman | 1/14/2022, 4:12 PM |
| # | **Norman Choi <85297708393@s.whatsapp.net>**<br>No need for another Talal …..   Same message sent to MBS | 1/14/2022, 4:13 PM |
| RB | **Ryan Berris <+118609303746>**<br>Perfect | 1/14/2022, 4:15 PM |
| RB | **Ryan Berris <+118609303746>**<br>Short, sweet and clear | 1/14/2022, 4:15 PM |
| RB | **Ryan Berris <+118609303746>**<br>We cease this momentum | 1/14/2022, 4:16 PM |
| # | **Norman Choi <85297708393@s.whatsapp.net>** | 1/14/2022, 4:16 PM |



*Image: 660a10ff-4ca1-4668-9c40-8a089c8a6c34.jpg (50 KB)*

| | | |
|---|---|---|
| RB | **Ryan Berris <+118609303746>**<br>Precisely and we have covered this with him before | 1/14/2022, 4:16 PM |
| RB | **Ryan Berris <+118609303746>**<br>Broken record | 1/14/2022, 4:17 PM |
| # | **Norman Choi <85297708393@s.whatsapp.net>** | 1/14/2022, 4:22 PM |

CONFIDENTIAL                                                                                                                                                BERRIS-000039040

| | | |
|---|---|---|
| | Yes, what engine does it have | |
| RB | **Ryan Berris <+118609303746>** | 1/14/2022, 4:22 PM |
| | from? | |
| RB | **Ryan Berris <+118609303746>** | 1/14/2022, 4:23 PM |
| | I can email you what I sent to Alec | |
| # | **Norman Choi <85297708393@s.whatsapp.net>** | 1/14/2022, 4:24 PM |
| | MBS 😈 | |
| RB | **Ryan Berris <+118609303746>** | 1/14/2022, 4:26 PM |

As per your request, kindly find below a high-level overview on the P72 Powertrain Programme:  __   Key Partners  *Roush Industries* | https://www.roush.com Specifically the precise team behind both 2005 & 2017 Ford GT Programmes, road & race)   *capricorn Group* | https://www.capricorngroup.net/en/ capricorn is a world-class, specialist supplier in the automotive industry with six production facilities in four countries (Germany, France, Italy and U.K.) and is responsible for producing world-class chassis' for programmes such as the Le Mans winning Porsche 919 LMP1, amongst other notable achievements. A list of capricorn's successes can be found here: https://www.capricorngroup.net/en/references/successes/   *MAHLE* | mahle.com MAHLE is a leading international development partner and supplier to the automotive industry as well as a pioneer and technology driver for the mobility of the future.  __  Powertrain Brief * Roush was commissioned and responsible for taking the base engine block from Ford and developing our own bespoke De Tomaso V8. The engine development has been comprehensive. * The development encompasses a series new engine systems/components, including but not limited to:     * Bespoke Dry-Sump Lubrication System     * Bespoke exterior engine design (machined and advanced composites) in collaboration with capricorn Group     * Bespoke P72 supercharger assembly & system     * Forged engine internals from renowned specialists MAHLE & capricorn, who serve the likes of the pinnacle of motorsport (Formula 1, Le Mans, etc...)  * Roush is also responsible for full vehicle powertrain calibration and emissions certification for EPA/CARB compliance. Their homologation certification team serves and is entrusted by many of the major OEM's. * Our gearbox is a bespoke 6-speed manual unit developed with industry specialists at the pinnacle of motorsport and noted super sports cars * Our exhaust system has been developed by acoustical engineers for a signature soundtrack whilst utilizing advanced materials (inconel and titanium).  The system design, engineering and production is provided by U.K. specialists whom serve most of the current Formula One and WEC teams

| | | |
|---|---|---|
| # | **Norman Choi <85297708393@s.whatsapp.net>** | 1/14/2022, 4:29 PM |
| | Perfect 👍 | |
| # | **Norman Choi <85297708393@s.whatsapp.net>** | 1/14/2022, 4:56 PM |
| | Can you remind me what's Carmen's rate again? | |
| RB | **Ryan Berris <+118609303746>** | 1/14/2022, 5:06 PM |
| | €250/yr  Full-time Exclusive | |
| RB | **Ryan Berris <+118609303746>** | 1/14/2022, 5:06 PM |
| | Let me know what he says | |
| RB | **Ryan Berris <+118609303746>** | 1/14/2022, 5:06 PM |
| | Would be powerful to have him onboard | |
| # | **Norman Choi <85297708393@s.whatsapp.net>** | 1/14/2022, 5:06 PM |
| | Please resend the invoice in English | |
| # | **Norman Choi <85297708393@s.whatsapp.net>** | 1/14/2022, 5:14 PM |
| | Is Bernie aware the Intention of our visit?  Don't want to catch him with the surprise when he is only expecting "drive to survive" Netflix discussion. | |
| RB | **Ryan Berris <+118609303746>** | 1/14/2022, 7:43 PM |
| | He is | |

| | | |
|---|---|---|
| RB | **Ryan Berris <+118609303746>**<br>Emailed | 1/14/2022, 7:48 PM |
| RB | **Ryan Berris <+118609303746>**<br>Albert Jochems is coming onboard | 1/14/2022, 7:58 PM |
| RB | **Ryan Berris <+118609303746>**<br>Will do signing ceremony with him | 1/14/2022, 7:59 PM |
| # | **Norman Choi <85297708393@s.whatsapp.net>**<br>For some reason, I thought it was in USD  And hence, same rate as Ash  Have to make Carmen shines (meaning brining revenue to the company). Hope this visit is fruitful.   I will call UBS and wire will likely take place on Monday | 1/14/2022, 8:02 PM |
| # | **Norman Choi <85297708393@s.whatsapp.net>**<br>In Germany or at Louwman? | 1/14/2022, 8:03 PM |
| RB | **Ryan Berris <+118609303746>**<br>Figuring out details now | 1/14/2022, 8:03 PM |
| RB | **Ryan Berris <+118609303746>**<br>The ROI will be good | 1/14/2022, 8:03 PM |
| # | **Norman Choi <85297708393@s.whatsapp.net>**<br>Hi Norman  I definitely will be on board P72. Just need more infos on spec and timing and I will be ready to sign whenever | 1/14/2022, 8:17 PM |
| # | **Norman Choi <85297708393@s.whatsapp.net>**<br>From Mack | 1/14/2022, 8:17 PM |
| RB | **Ryan Berris <+118609303746>**<br>I will email him | 1/14/2022, 8:23 PM |
| RB | **Ryan Berris <+118609303746>**<br>This will be his last chance | 1/14/2022, 8:23 PM |
| RB | **Ryan Berris <+118609303746>**<br>We will provide him a deadline to execute | 1/14/2022, 8:23 PM |
| # | **Norman Choi <85297708393@s.whatsapp.net>**<br>You have any updated pics ? | 1/14/2022, 8:30 PM |
| # | **Norman Choi <85297708393@s.whatsapp.net>**<br>https://mailchi.mp/3841510d02c5/press-release-de-tomaso-x-capricorn-a-strategic-partnership  If you scroll down in the link, there are 56 photos documenting behind the scene programs. | 1/14/2022, 8:30 PM |
| # | **Norman Choi <85297708393@s.whatsapp.net>**<br>I will ask Ryan to resend you the agreement for your final review and execution.  In case you have any question, please let us know.  Welcome on board, the upcoming journey ahead will be extremely rewarding. | 1/14/2022, 8:30 PM |
| RB | **Ryan Berris <+118609303746>**<br>I'll handle it once across the pond and settled | 1/14/2022, 8:32 PM |
| RB | **Ryan Berris <+118609303746>**<br>These times good for you? | 1/14/2022, 8:44 PM |
| RB | **Ryan Berris <+118609303746>**<br>Dear Jean-Jacques,  I hope this message finds you well.  Please find below the calls for which I would like to arrange for | 1/14/2022, 8:44 PM |

next week (local reviews with you, necessary IDIADA responsibles, Norman and I):   Call #1 | Pre-series prototype definitions/requirements  Let's please arrange a meeting for 8am EST on Tuesday the 19th to discuss and work to define each specific definition P1, P2, P3, etc...   __   Call #2 | Interior design/ergonomics call  Let's please arrange a meeting for 9am EST on Wednesday the 19th to discuss Interior design/ergonomics   * Including, but not limited to: issues with inefficient use of space in firewall/backrest as well as to revisit interior ergonomics/button design location as well as height of centre tunnel (shifter)  Best, Ryan

| | | |
|---|---|---|
| # | **Norman Choi <85297708393@s.whatsapp.net>** | 1/14/2022, 8:48 PM |

Yes all good   For call 1, should involve Capricorn as they are the one building the cars  For call 2, Idiada should upload all relevant data by Monday so JJ can investigate and comment during the call.

| | | |
|---|---|---|
| RB | **Ryan Berris <+118609303746>** | 1/14/2022, 8:50 PM |

The idea is to have local review first and then Jean-Jacques will arrange group call for both topics in order to keep the cadence/brief focused

| | | |
|---|---|---|
| # | **Norman Choi <85297708393@s.whatsapp.net>** | 1/14/2022, 9:22 PM |

Engine roll motion worked out as predicted with new fixing! Better than imaginable they said😎

| | | |
|---|---|---|
| RB | **Ryan Berris <+118609303746>** | 1/14/2022, 9:27 PM |

💪

| | | |
|---|---|---|
| # | **Norman Choi <85297708393@s.whatsapp.net>** | 1/14/2022, 9:34 PM |

What I am trying to infer is if we leave these technical related topics to the expert, probably end up with better results. Now Idiada has to open its mindset to accept suggestions And should realize they are not always the best

| | | |
|---|---|---|
| RB | **Ryan Berris <+118609303746>** | 1/14/2022, 10:40 PM |

On way to airport

| | | |
|---|---|---|
| RB | **Ryan Berris <+118609303746>** | 1/14/2022, 10:40 PM |

Text once through security

| | | |
|---|---|---|
| # | **Norman Choi <85297708393@s.whatsapp.net>** | 1/14/2022, 11:18 PM |

Safe journey Mr B

| | | |
|---|---|---|
| # | **Norman Choi <85297708393@s.whatsapp.net>** | 1/14/2022, 11:18 PM |

Sure  The original intention was to deliver his car in the earlier batch within the 1st quarter 2023.  However, we can change to the following payment scheme and the target delivery date is towards end of 2nd quarter 2023.  30% at signing  30% June 2022 30% Dec 2022 10% Final delivery  Please let us know if this scheme is acceptable, if so, we will revise the agreement accordingly.

| | | |
|---|---|---|
| # | **Norman Choi <85297708393@s.whatsapp.net>** | 1/14/2022, 11:18 PM |

Martin 👆

| | | |
|---|---|---|
| # | **Norman Choi <85297708393@s.whatsapp.net>** | 1/14/2022, 11:19 PM |

Hi Norman, this shouldn't be an issue, could we have a revised agreement to sign please, thank you.

| | | |
|---|---|---|
| RB | **Ryan Berris <+118609303746>** | 1/14/2022, 11:49 PM |

Great

| | | |
|---|---|---|
| RB | **Ryan Berris <+118609303746>** | 1/14/2022, 11:50 PM |

Will prepare on plane and send once I land

CONFIDENTIAL
BERRIS-000039043