# EXHIBIT 15



LOEB & LOEB LLP

345 PARK AVENUE
NEW YORK, NY 10154
(212) 407-4000  IRS #95-1780806

MARCH 29, 2021
INVOICE NO. 1941318

DE TOMASO AUTOMOBILI LIMITED
ROOM 209, 2ND FLOOR
CHINA INSURANCE GROUP BUILDING
NO. 141 DES VOEUX ROAD CENTRAL
HONG KONG, HONG KONG

PAYMENT DUE UPON RECEIPT

RE: CORPORATE ADVICE
OUR FILE NO: 235953-10001

FEES FOR PROFESSIONAL SERVICES RENDERED AS PER ATTACHED DETAIL          31,581.00

DISBURSEMENTS MADE FOR YOUR ACCOUNT AS PER ATTACHED DETAIL               13.47

TOTAL CURRENT AMOUNT DUE                                                 31,594.47

## PAYMENT OPTIONS

| Payment by wire or ACH, please use the following : | | Payment by check, please remit to: |
|---|---|---|
| City National Bank<br>2029 Century Park East<br>Los Angeles, CA, 90067 | ABA: 122016066<br>Account no: 210-034722<br>Beneficiary: Loeb & Loeb LLP - General Account<br>SWIFT Code: CINAUS6L | Loeb & Loeb LLP<br>10100 Santa Monica Blvd<br>Suite 2200<br>Los Angeles, CA 90067 |

** Please include as a reference client no: 235953 or invoice number 1941318.
To aid in application of the payment, details should be sent to epayment@loeb.com.

BERRIS-000074570

**LOEB & LOEB LLP**

| MATTER # 235953-10001 | DE TOMASO AUTOMOBILI LIMITED | 3/29/2021 |
|---|---|---|
| INVOICE # 1941318 | CORPORATE ADVICE | PAGE  2 |

| Date | TK | Description of Services Rendered | Hours |
|---|---|---|---|
| 10/6/20 | JSN | CALLS WITH LOEB TEAM, EMAILS | 0.4 |
| 10/7/20 | L H | PHONE CALL WITH JAMIE NULL; CONSIDERING LOAN CAPITALIZATION ISSUES. | 0.4 |
| 10/7/20 | L H | RESPONDING TO QUERIES FROM DIANA MAJCHER. CORRESPONDING WITH DIANA MAJCHER. | 0.7 |
| 10/8/20 | L H | MEETING WITH DIANA MACHJER.  REVIEWING S&P CONTRACTS AND OUTLINING LOAN REQUIREMENTS WITH JAMIE NULL. | 0.8 |
| 10/9/20 | JSN | CALLS WITH UK ACCOUNTANTS, STRUCTURING | 1.0 |
| 10/13/20 | JSN | STRUCTURING, CALLS, EMAILS | 0.5 |
| 10/13/20 | L H | PHONE CALL WITH JAMIE NULL.  CORREPSONDING WITH RIMA MOAWARD RE LLC OPERATING AGREEMENT. | 0.7 |
| 10/14/20 | L H | CORRESPONDING WITH RYAN BERRIS; CORRESPONDING WITH RIMA MOAWAD RE LLC AND EIN.  CALL WITH RYAN. | 0.4 |
| 10/16/20 | JSN | STRUCTURING, EMAILS | 0.5 |
| 10/18/20 | L H | CONSIDERING LOAN COMPOUNDING PERIOD. | 0.2 |
| 10/21/20 | JSN | CALLS, STRUCTURING, EMAILS | 0.5 |
| 10/27/20 | JSN | STRUCTURING, EMAILS | 0.3 |
| 10/28/20 | JSN | CALLS WITH UK ACCOUNTANTS, EMAILS | 1.2 |
| 11/3/20 | L H | CORRESPONDING WITH DIANA. | 0.1 |
| 11/6/20 | L H | CALL WITH DIANA; CORRESPONDING WITH JAMIE NULL. | 0.4 |
| 11/11/20 | L H | PHONE CALL WITH JAMIE NULL; CORRESPONDING WITH DIANA MAJCHER. | 0.5 |
| 11/13/20 | L H | PREPARING FOR CALL; CALL WITH DIANA MAJCHER. | 0.3 |
| 12/8/20 | L H | CORRESPONDING WITH JAMIE NULL REGARDING TRANSFER OF DT TO US STRUCTURE. | 0.3 |
| 12/14/20 | JSN | CALLS, STRUCTURING, EMAILS | 0.3 |
| 12/15/20 | JSN | CONSULTATION WITH R. MOAWAD, STRUCTURING, EMAILS | 0.5 |
| 12/16/20 | L H | CORRESPONDING WITH DIANA RE RESTRUCTURING STEPS. | 0.5 |
| 12/16/20 | L H | REVIEWING CORPORATE TAX ANALYSIS ON PROPOSED TRANSFER. | 0.7 |

BERRIS-000074571



MATTER # 235953-10001        DE TOMASO AUTOMOBILI LIMITED        3/29/2021
INVOICE # 1941318            CORPORATE ADVICE                    PAGE  3

| Date | TK | Description of Services Rendered | Hours |
|---|---|---|---|
| 12/17/20 | JSN | CONSULTATION WITH R. MOAWAD, CALLS WITH BANKERS, STRUCTURING, EMAILS | 2.1 |
| 12/17/20 | L H | DISCUSSING SHARE TRANSFER WITH STEVEN WOO. CORRESPONDING WITH DIANA RE EXECUTING MARSHALL ISLANDS ENTITY CORPORATE DOCUMENTS. | 0.4 |
| 12/18/20 | JSN | CALLS WITH BANKERS, EMAILS | 0.5 |
| 12/18/20 | L H | CORRESPONDING WITH JAMIE NULL RE BANK ACCOUNT OPENING.  DISCUSSIONS WITH STEVE WOO RE SHARE TRANSFER; PROVIDING INFORMATION TO STEVE WOO FOR PREPARING SHARE INSTRUMENT TRANSFER. CORRESPONDING WITH DIANA REGARDING CHECK-THE-BOX ELECTION FORMS AND MISSING DOCUMENTS. DISCUSSING CHECK-THE-BOX ELECTION ISSUES WITH SARAH LAI AND JAMIE NULL. | 0.9 |
| 12/18/20 | S L | REVIEW COMPANY DOCUMENTS; PREPARE IRS FORMS SS4 AND 8832. | 1.8 |
| 12/21/20 | L H | REVIEWING SIGNED FORMS FOR DE TOMASO HOLDINGS; CORRESPONDING WITH NICK AT ICLAW. | 0.2 |
| 12/21/20 | B C | REVIEW CORPORATE DOCUMENTS AND DRAFT INSTRUMENT OF TRANSFER AND RESOLUTIONS FOR THE TRANSFER OF SHARES | 2.0 |
| 12/21/20 | S L | PREPARE WRITTEN RESOLUTIONS AND FINALISE CTB ELECTION FORMS; EMAILS. | 0.9 |
| 12/21/20 | S W | REVIEW DRAFT DOCUMENTS | 0.6 |
| 12/22/20 | L H | PREPARING SIMPLIFIED STRUCTURE CHART FOR RYAN BERRIS. CORRESPONDING WITH STEVE WOO RE BVI INSTRUMENT OF TRANSFER; CORRESPONDING WITH RIMA MOAWAD RE LLC TRANSFER CONSENT FORM. | 0.8 |
| 12/22/20 | S L | FINALISE CHECK THE BOX ELECTIONS FORMS; EMAILS. | 0.2 |
| 12/23/20 | L H | REVIEWING COMMENTS FROM STEVEN WOO; CORRESPONDING WITH DIANA RE SHARE TRANSFER INSTRUMENT. | 0.3 |
| 12/24/20 | L H | CORRESPONDING WITH DIANA. | 0.1 |
| 12/24/20 | S L | DISCUSSION WITH LAURENCE HO ON TRANSFER DOCUMENTS. | 0.2 |
| 12/28/20 | JSN | CONSULTATION WITH R. MOAWAD AND L. H O, STRUCTURING, EMAILS | 1.3 |
| 12/29/20 | JSN | CONSULTATION WITH LOEB TEAM, EMAILS | 1.2 |

BERRIS-000074572



MATTER # 235953-10001        DE TOMASO AUTOMOBILI LIMITED        3/29/2021
INVOICE # 1941318            CORPORATE ADVICE                    PAGE  4

| Date | TK | Description of Services Rendered | Hours |
|---|---|---|---|
| 12/29/20 | L H | CORRESPONDING WITH RIMA MOAWAD AND JAMIE NULL REGARDING STEPS FOR FINALIZING TRANSFER TO NEW STRUCTURE. CORRESPONDING WITH RIMA AND CALL WITH JAMIE NULL. CALL WITH RIMA AND JAMIE. REVISING INSTRUMENT OF TRANSFER FORMS; CORRESPONDING WITH ICLAW. | 1.5 |
| 12/30/20 | L H | PHONE CALL WITH NICK SAM OF ICLAW. REVISING TRANSFER INSTRUMENT; CORRESPONDING WITH DIANA REGARDING REVISED TRANSFER INSTRUMENTS. | 0.7 |
| 1/5/21 | JSN | CALLS; STRUCTURING; EMAILS | 1.1 |
| 1/5/21 | L H | REVIEWING AND REVISING RESOLUTIONS; CORRESPONDING WITH DIANA. | 0.5 |
| 1/5/21 | L H | REVIEWING PARTNERSHIP TAX ISSUES FOR ASSIGNING INTEREST TO RYAN; CORRESPONDING WITH JAMIE NULL. PHONE CALL WITH JAMIE NULL. | 1.0 |
| 1/6/21 | L H | REVIEWING PARTNERSHIP ISSUES RELATED TO GRANT OF PROFITS INTEREST; CORRESPONDING WITH NORMAN REGARDING STRUCTURING RYAN'S SHARE. | 1.2 |
| 1/14/21 | L H | CORRESPONDING WITH STEVE WOO; CORRESPONDING WITH DIANA MAJCHER. | 0.2 |
| 1/18/21 | L H | CORRESPONDING WITH NORMAN. | 0.2 |
| 1/18/21 | L H | REVIEWING CHECK-THE-BOX ELECTION FILINGS FORMS. | 0.4 |
| 1/18/21 | L H | REVIEWING AND REVISING CHECK-THE BOX ELECTION FORMS AND INSTRUCTIONS TO DIANA. CORRESPONDING WITH DIANA. | 1.2 |
| 1/18/21 | S L | UPDATE CHECK THE BOX ELECTION FORMS. | 0.5 |
| 1/19/21 | JSN | CALLS WITH R. MOAWAD; CALLS WITH LOEB TEAM; STRUCTURING; EMAILS | 1.6 |
| 1/20/21 | L H | CORRESPONDING WITH DIANA. | 0.2 |
| 1/20/21 | S L | REFORMAT FORM SS4S; EMAILS. | 0.2 |
| 1/21/21 | JSN | CONSULTATION WITH R. MOAWAD; STRUCTURING; EMAILS | 1.0 |
| 1/22/21 | JSN | CONSULTATION WITH R. MOAWAD & L. HO; STRUCTURING; EMAILS | 1.5 |
| 1/22/21 | L H | CALL WITH JAMIE NULL. | 0.5 |
| 1/25/21 | L H | CORRESPONDING WITH DIANA AND NORMAN. | 0.3 |

BERRIS-000074573



MATTER # 235953-10001    DE TOMASO AUTOMOBILI LIMITED    3/29/2021
INVOICE # 1941318    CORPORATE ADVICE    PAGE  5

| Date | TK | Description of Services Rendered | Hours |
|---|---|---|---|
| 1/26/21 | S L | REVIEW RECEIVED DE TOMASO DOCUMENTS; CALL IRS TO OBTAIN EIN FOR DE TOMASO (HK). | 0.8 |
| 1/27/21 | S L | CALL IRS TO OBTAIN EIN FOR DE TOMASO (BVI). | 0.7 |
| 1/29/21 | S L | EMAILS REGARDING CTB FORMS. | 0.2 |
| 2/2/21 | JSN | BANKING CALL; EMAILS. | 0.6 |
| 2/3/21 | JSN | CONSULTATION WITH R. MOAWAD; STRUCTURING; EMAILS. | 0.6 |
| 2/3/21 | L H | REVIEWING AND REVISING RESOLUTIONS; CORRESPONDING WITH RIMA MOAWAD. | 0.7 |
| 2/3/21 | S L | CALL WITH IRS TO OBTAIN EIN FOR DTM GERMANY. | 0.5 |
| 2/4/21 | S L | REVIEW DIRECTOR RESOLUTIONS; CALL IRS TO OBTAIN EIN FOR DE TOMASO (MARSHALL ISLANDS). | 0.5 |
| 2/5/21 | L H | CORRESPONDING WITH DIANA MAJCHER RE WRITTEN RESOLUTIONS AND CONSENT FORMS. | 0.4 |
| 2/8/21 | L H | CORRESPONDING WITH NORMAN; CORRESPONDING WITH RIMA MOAWAD RE LLC CONSENT. | 0.3 |
| 2/9/21 | L H | REVISING LLC CONSENT FORM; CORRESPONDING WITH DIANA AND NORMAN. | 0.4 |
| 2/9/21 | S L | CALL IRS TO OBTAIN EIN FOR DTAL (UK). | 0.6 |
| 2/10/21 | S L | EMAILS REGARDING EINS TO LAURENCE HO. | 0.2 |
| 2/11/21 | S L | FINALISE CTB ELECTION FORMS; DISCUSSION WITH LAURENCE HO ON NEXT STEPS. | 0.3 |
| 2/16/21 | S L | FINALISE FORMS 8832. | 0.2 |
| 2/17/21 | L H | REVIEWING CTB ELECTION FOR FILING. | 0.3 |
| 2/17/21 | S L | DISCUSSION WITH LAURENCE HO ON EFFECTIVE DATE; FINALISE CTB DOCUMENTS TO BE SENT TO IRS. | 0.3 |
| 2/18/21 | S L | EMAILS REGARDING FILING OF IRS FORM 8832S AND DIRECTOR RESOLUTIONS. | 0.2 |

**Time & Fee Summary**

| Timekeeper | Init | Hours | Rate | Fee Value |
|---|---|---|---|---|
| B CHONG | B C | 2.0 | 360.00 | 720.00 |

CONFIDENTIAL



MATTER # 235953-10001     DE TOMASO AUTOMOBILI LIMITED     3/29/2021
INVOICE # 1941318     CORPORATE ADVICE     PAGE   6

| Timekeeper | Init | Hours | Rate | Fee Value |
|---|---|---|---|---|
| J S NULL | JSN | 10.3 | 850.00 | 8,755.00 |
| J S NULL | JSN | 6.4 | 875.00 | 5,600.00 |
| L HO | L H | 18.7 | 680.00 | 12,716.00 |
| S LAI | S L | 8.3 | 410.00 | 3,403.00 |
| S WOO | S W | 0.6 | 645.00 | 387.00 |
| | **TOTAL** | **46.3** | | **31,581.00** |

**Disbursement Detail**

| Date | Description of Disbursements | Amount |
|---|---|---|
| 12/1/20 | LOCAL TRAVEL - Payee: PETTY CASH HONG KONG (HKD) PAYEE: OCTOPUS CARD - T/E TO DELIVER DOCUMENT ON 18 DEC 2020 ; HK$ 28.40 | 3.66 |
| 12/18/20 | COMPANY SEARCH FEE ON 18 DEC 2020 ; HK$ 21 | 2.71 |
| 12/30/20 | LOCAL TRAVEL TAXI/CAR SERVICE; 12/18/20 MAGGIE AU - TAXI TO AND FROM HK SCIENCE PARK ON 18 DEC 2020 ; HK$ 55 | 7.10 |
| | TOTAL | 13.47 |

BERRIS-000074575



MATTER # 235953-10001     DE TOMASO AUTOMOBILI LIMITED     3/29/2021
INVOICE # 1941318     CORPORATE ADVICE     PAGE   7

### STATEMENT OF PRIOR OUTSTANDING INVOICES

| INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | PAYMENTS TO DATE | INVOICE BALANCE |
|---|---|---|---|---|
| 1913105 | 10/13/20 | 33,965.00 | 0.00 | 33,965.00 |
| | **TOTALS** | **33,965.00** | **0.00** | **33,965.00** |

CONFIDENTIAL

 LOEB&LOEB LLP

345 PARK AVENUE
NEW YORK, NY 10154
(212) 407-4000 IRS #95-1780806

MARCH 29, 2021
INVOICE NO. 1941318

DE TOMASO AUTOMOBILI LIMITED
ROOM 209, 2ND FLOOR
CHINA INSURANCE GROUP BUILDING
NO. 141 DES VOEUX ROAD CENTRAL
HONG KONG, HONG KONG

PAYMENT DUE UPON RECEIPT

RE: CORPORATE ADVICE
OUR FILE NO: 235953-10001

FEES FOR PROFESSIONAL SERVICES RENDERED AS PER ATTACHED DETAIL       31,581.00

DISBURSEMENTS MADE FOR YOUR ACCOUNT AS PER ATTACHED DETAIL              13.47

TOTAL CURRENT AMOUNT DUE                                             31,594.47

REMITTANCE COPY

## PAYMENT OPTIONS

| **Payment by wire or ACH payment, please use the following:** | | **Payment by check, please remit to:** |
|---|---|---|
| City National Bank<br>2029 Century Park East<br>Los Angeles, CA, 90067 | ABA: 122016066<br>Account no: 210-034722<br>Beneficiary: Loeb & Loeb LLP - General Account<br>SWIFT Code: CINAUS6L | Loeb & Loeb LLP<br>10100 Santa Monica Blvd<br>Suite 2200<br>Los Angeles, CA 90067 |

** Please include as a reference client no: 235953 or invoice number 1941318.
To aid in application of the payment, details should be sent to epayment@loeb.com.

BERRIS-000074577