# EXHIBIT 17

Message

| | |
|---|---|
| **From**: | Ryan Berris \| De Tomaso [ryan.berris@detomaso-automobili.com] |
| **Sent**: | 5/5/2022 4:40:01 PM |
| **To**: | Arjen van Beek [a.vanbeek@louwmanexclusive.nl] |
| **CC**: | Thomas Middeldorp [t.middeldorp@louwmanexclusive.nl]; Norman Choi [norman.choi@detomaso-automobili.com]; Hugo de Sadeleer [hugo.desadeleer@detomaso-automobili.com] |
| **Subject**: | Re: De Tomaso x Louwman Exclusive - Le Mans Classic Sponsorship |
| **Attachments**: | image001.jpg; image002.png; image003.jpg |

Dear Arjen,

Thank you dearly for your prompt response.

On behalf of the entire De Tomaso family, we sincerely appreciate you and the Louwman team's trust, faith and support of De Tomaso. The spirit of our relationship was perfectly articulated in your note and together we will undoubtedly provide an unforgettable, world-class experience for our clients, both present and future, during Le Mans Classic.

As per our discussions, I will be in touch with Thomas and your marketing department tomorrow so our teams can begin the process to prepare the required branding assets, etc.. accordingly.

Wishing you a lovely evening and we shall speak soon.

Best,
Ryan


On Thu, May 5, 2022 at 12:04 PM Arjen van Beek <a.vanbeek@louwmanexclusive.nl> wrote:

> Dear Ryan,
>
> I hereby would like to confirm our financial commitment of 75,000 Euros for the Le Mans Classic Sponsorship as described in the document attached; "Confidential_De_Tomaso_LMC_Experience_Privato".
>
> In addition to offering an unforgettable experience, our goal is to achieve maximum configurations of the ordered P72 during the event, together with the De Tomaso team. This event, together with the configuration tools offered, will contribute to a great configuration experience and result.
>
> We also see this as the next step in our good and constructive partnership and look forward to further developing this great brand together with the De Tomaso team in the coming years.
>
> Met vriendelijke groet, With kind regards, Mit freundlichen Grüssen, Cordiali saluti,
>
>
> Arjen van Beek

CONFIDENTIAL                                                                                                                                                              BERRIS-000093835



**LOUWMAN EXCLUSIVE CARS B.V.**
Proostwetering 53, NL-3543 AC Utrecht | P.O. Box 9291, NL-3506 GG Utrecht
Arjen van Beek | Managing Director
T +31 (0)30 221 2121 | M +31 (0)6 53 37 01 28 |  ✉  a.vanbeek@louwmanexclusive.nl | CR 54085721

        

This email is intended for the addressee only and may contain privileged and/or confidential information. If you are not (one of) the addressee(s), please notify the sender immediately by replying on this email or by telephone at Louwman Exclusive Cars B.V. and destroy this email. You are not allowed to disclose, copy, distribute or otherwise provide this information to third parties.

 Please consider the environment before printing this e-mail.

**Van:** Ryan Berris | De Tomaso <ryan.berris@detomaso-automobili.com>
**Verzonden:** donderdag 5 mei 2022 16:58
**Aan:** Thomas Middeldorp <t.middeldorp@louwmanexclusive.nl>; Arjen van Beek <a.vanbeek@louwmanexclusive.nl>
**Onderwerp:** Re: De Tomaso x Louwman Exclusive - Le Mans Classic Sponsorship

CAUTION: EXTERNAL MAIL

Dear Arjen,

It's been a pleasure being able to connect with you over the past days and very much look forward to reuniting in-person soon.

As per our conversations, I am pleased to hear that you and the Louwman team are onboard for the Le Mans Classic Sponsorship of 75,000 Euro.

As time is quickly approaching, we now need to place orders in the next few days for long-lead time cross-branding items with our suppliers. Therefore, we kindly ask for a written confirmation of our understanding so that we can begin to integrate your marketing team and plan accordingly.

Hope to read from you soon and truly appreciate your support in the spirit of our long-term partnership.

Best,

Ryan

On Mon, Apr 25, 2022 at 1:50 PM Ryan Berris | De Tomaso <<u>ryan.berris@detomaso-automobili.com</u>> wrote:

Dear Thomas,

I hope this message finds you well.

As previously discussed, kindly find attached a presentation for which was covered during our call. In short, we are preparing a world-class experience for our P72 Custodians for Le Mans Classic this year where De Tomaso is a key sponsor.

Le Mans Classic will be our single marquee event for the year outside of final development testing and therefore it is imperative that we provide a powerful statement to our P72 Custodians which will preface the bright future of De Tomaso and subsequent offerings.

At this event, we have a bespoke, luxury hospitality 'De Tomaso Brand Experience Centre' where our clients can relax in leise while trackside. It is in this environment that we will privately present the P72 Vehicle Configurator and Options List and will offer private, one-on-one specification sessions for our clients. For this purpose, we are requesting that our dealers provide sponsorship for this activation and this Centre would then be branded 'Presented by Louwman Exclusive'.

In order to provide this experience on behalf of Louwman Exclusive with inclusion in our upcoming TV series and co-branding in the Brand Experience Centre and Château, the sponsorship cost will be 75,000 euro.

Let's kindly schedule another call with Arjen this week to discuss in further detail.

Best,
Ryan

📄 **CONFIDENTIAL | DT_LMC_BRAND_EXPERIENCE_CENTRE_L...**

--

CONFIDENTIALITY:
This email and any attachment may contain confidential and/or privileged information. If you are not the named addressee or if this transmission has been addressed to you in error, please notify us immediately by reply email and then delete this email and any attachment from your system. Please understand that in this case you must not copy this email or any attachment or disclose the contents to any other person. Thank you for your cooperation.

--

CONFIDENTIALITY:
This email and any attachment may contain confidential and/or privileged information. If you are not the named addressee or if this transmission has been addressed to you in error, please notify us immediately by reply email and then delete this email and any attachment from your system. Please understand that in this case you must not copy this email or any attachment or disclose the contents to any other person. Thank you for your cooperation.

--

CONFIDENTIALITY:
This email and any attachment may contain confidential and/or privileged information. If you are not the named addressee or if this transmission has been addressed to you in error, please notify us immediately by reply email and then delete this email and any attachment from your system. Please understand that in this case you must not copy this email or any attachment or disclose the contents to any other person. Thank you for your cooperation.