# EXHIBIT 18

Message

| | |
|---|---|
| **From**: | Ryan Berris \| De Tomaso [ryan.berris@detomaso-automobili.com] |
| **Sent**: | 5/7/2022 2:02:44 PM |
| **To**: | Diana Majcher [diana.majcher@detomaso-automobili.com] |
| **CC**: | Norman Choi [norman.choi@detomaso-automobili.com] |
| **Subject**: | Signed P72 Contract for Bryan Meester |
| **Attachments**: | Signed P72 Purchase Agreement - Mr. Bryan Meester.pdf |

Dear Diana,

As per our last phone conversation regarding the gaps on the deposit spreadsheet (for which we since clarified), please find attached the signed P72 purchase agreement for Bryan Meester (Richards son) for which was executed today.

Best,
Ryan

--

CONFIDENTIALITY:
This email and any attachment may contain confidential and/or privileged information. If you are not the named addressee or if this transmission has been addressed to you in error, please notify us immediately by reply email and then delete this email and any attachment from your system. Please understand that in this case you must not copy this email or any attachment or disclose the contents to any other person. Thank you for your cooperation.