# EXHIBIT 20



CONFIDENTIAL

BERRIS-000189372