# EXHIBIT 21

**Subject:** Confidential | New Proposed SOW - Overview
**From:** "Rhodes, Linda L." <LRhodes@mayerbrown.com>
**Date:** 7/30/20, 7:08 PM
**To:** Norman Choi <norman.choi@detomaso-automobili.com>, Ryan Berris | De Tomaso <ryan.berris@detomaso-automobili.com>
**CC:** "Klein, Kenneth" <KKlein@mayerbrown.com>, "Giardelli, Lucas" <LGiardelli@mayerbrown.com>

Dear Norman and Ryan,

Thanks for your time yesterday. Below is our proposal related to the below-described scope of work to assist De Tomaso with moving operations to the U.S.

Our proposal is based upon the following understandings and assumptions:

- The companies within the DeTomaso group are limited to those set forth in the attached org chart. *[We understand that there is one shell company incorporated in CT and owned by Ryan that is outside of the scope of the project].*
- The assets are all currently owned by the existing BVI parent company (i.e., the other DeTomaso affiliates do not own assets of any significance). The assets consist primarily of IP and prototype vehicles.
- You would like the new parent company to be incorporated and located in the U.S. ("NewCo")
- You would like to sell or otherwise transfer the assets of the BVI company to NewCo and eliminate the BVI company.
- We assume you have counsel in BVI, who will advise on local law issues related to the BVI company and BVI legal requirements to accomplish the transfer of assets.
- None of the entities currently has any employees.
- You would like to achieve a step-up in the basis of the assets in connection with the transfer.
- Norman and Ryan will collectively own all of the equity of NewCo when it is organized. It is unclear what the relative ownership percentages will be. Norman and Ryan would like to treat Ryan's equity as a gift.
- Norman is considering selling / transferring the BVI assets to NewCo in exchange for a note / convertible security.
- Ryan is a US citizen and tax resident.
- Norman is not currently a US citizen nor tax resident. We have assumed Norman will relocate to the US with an O1 visa.

Based upon the foregoing, the Mayer Brown scope of work would include the following:

- Advising you on the method of transfer of the assets from the BVI company to NewCo and the preferred legal entity type for NewCo (corporation or LLC). During the conversation yesterday, we discussed having the BVI company transfer the assets to Norman, and Norman transferring those assets to NewCo.
    - You may be able to achieve a step up in basis by transferring the BVI assets directly to an LLC, taxed as a partnership, rather than to a corporation (i.e., we would form NewCo as an LLC, rather than corporation).
    - We will advise on whether to structure the transaction as a sale, merger, conversion or other form.
    - Assuming that the entity is structured as an LLC, we would draft the Articles of Formation under DE law and the Operating Agreement, to include the provisions needed for the entity to be taxed as a partnership.
    - We would draft the sale or merger agreement between NewCo and the BVI company, prepare any corporate approvals required by NewCo and draft any related documents that would need to be filed in Delaware.
    - *As noted above, we are not qualified to provide legal services in BVI, and the scope of our work would not include advice or steps required to effect*

> *the transfer under BVI law.*
> o We can prepare a simple demand note for Norman's contribution of assets, but we have not included time to draft a more complex convertible security.

- Analysis of whether the issuance of equity to Ryan can be treated as a gift. We question whether the IRS will agree to a characterization of equity issued to Ryan as a gift, rather than compensation. Precedent transactions treat the issuance of equity to a person in exchange for performing services for the company as compensation.
  o There are various ways to set up option plans, profit sharing plans and the like, and we have colleagues with expertise in this area. However, for purposes of this proposal, we have not included such matters in our estimate.

Please note that our work would not include estate planning, including the structuring of any trusts that may be established by Norman. We have contacts with other U.S. attorneys who can assist with such matters and would be happy to make a recommendation if you would like. In addition, please note that our work would not include the valuation of assets, which we understand is being handled by other advisors.

It is our understanding that Norman is currently being advised by another advisor on visa issues. We are happy to assist, but at this point, have not included any visa work in our estimate.

Our proposal is limited to advice under U.S. laws. Additional legal work will be required to advise on the treatment of the current subsidiaries of the BVI parent and that work is not included in our estimate.

Based upon the foregoing, our estimate for the above-described scope of work is between $40,000 - $45,000. Unfortunately, we do not have approval to offer a fixed fee arrangement for this work. However, we are happy to keep you apprised periodically on work progress and fees incurred.

Please let us know if you have any questions or would like to discuss the above further. Best regards, Linda

**Linda L. Rhodes**
*Partner, Technology Transactions*
Mayer Brown LLP
1999 K Street, N.W.
Washington, D.C. 20006-1101
T +1 202-263-3382

lrhodes@mayerbrown.com
mayerbrown.com
https://www.mayerbrown.com/en/experience/business-technology-sourcing



```
This email and any files transmitted with it are intended solely for the use of
the individual or entity to whom they are addressed. If you have received this
email in error please notify the system manager. If you are not the named
addressee you should not disseminate, distribute or copy this e-mail.

Mayer Brown is a global services provider comprising an association of legal
practices that are separate entities, including Mayer Brown LLP (Illinois, USA),
Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership)
and Tauil & Chequer Advogados (a Brazilian partnership).

Information about how we handle personal information is available in our Privacy
Notice.
```