# EXHIBIT 50

## Short Message Report

| Conversations: 1 | Participants: 4 |
|---|---|
| Total Messages: 6 | Date Range: 7/11/2019 |

## Outline of Conversations

 **735D5M - 7/11/2019** • 6 messages on 7/11/2019 • Evan Cygler <19148747005@s.whatsapp.net> • Ryan Berris (owner <18609303746@s.whatsapp.net> • Ryan Berris <+118609303746> • Ryan Berris <18609303746@s.whatsapp.net>

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬      **735D5M - 7/11/2019**

\#      **Evan Cygler <19148747005@s.whatsapp.net>**           7/11/2019, 9:53 PM
       Hey Ryan what do you think are the realistic top height restrictions and weight for the P 72 driving area.

\#      **Evan Cygler <19148747005@s.whatsapp.net>**           7/11/2019, 9:53 PM
       We have a couple large and tall clients

RB     **Ryan Berris <+118609303746>**           7/11/2019, 10:01 PM
       you mean height and weight for the driver?

\#      **Evan Cygler <19148747005@s.whatsapp.net>**           7/11/2019, 10:01 PM
       We have a client who is 6.3 and 230 pounds. will he fit in a P72 cockpit

RB     **Ryan Berris <+118609303746>**           7/11/2019, 10:08 PM
       On the production car it will accommodate drivers comfortably up to 193cm

RB     **Ryan Berris <+118609303746>**           7/11/2019, 10:09 PM
       The weight should not be an issue

CONFIDENTIAL           BERRIS-000181752