UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RYAN BERRIS,<br><br>                             Plaintiff,<br><br>-against-<br><br>SUNG-FUNG CHOI; DE TOMASO AUTOMOBILI HOLDINGS N.A. LLC; HIN WENG LUI; GENESIS UNICORN CAPITAL CORP.,<br><br>                             Defendants. | 23-cv-4305 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      The motions to seal at ECF Nos. 142, 163, and 174 are GRANTED. The Clerk of Court is respectfully directed to terminate those motions.

      SO ORDERED.

Dated: December 19, 2024
       New York, New York

                                                     ARUN SUBRAMANIAN
                                                 United States District Judge