UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **RYAN BERRIS,** )<br> )<br>    **Plaintiff,** )<br> )<br>    v. )<br> )<br>**SUNG-FUNG CHOI (a/k/a NORMAN** )<br>**CHOI), DE TOMASO AUTOMOBILI** )<br>**HOLDINGS, N.A. LLC, HIN WENG LUI** )<br>**(a/k/a SAMUEL LUI), GENESIS** )<br>**UNICORN CAPITAL CORP.,** )<br> )<br>    **Defendants.** )<br> )<br> ) | Case No. 1:23-cv-04305 (AS) |

I, **DIANA MAJCHER**, do hereby certify as follows:

1.  I am over the age of 18 years and have personal knowledge of the facts set forth below such that I would be competent to testify as to the same if called.

2.  I am employed as the Chief Operating Officer of De Tomaso.

3.  As part of my job, I am responsible for maintaining De Tomaso's finances and maintaining De Tomaso's business records. I directed the collection of the documents listed below and/or confirmed the documents are stored in their original form in De Tomaso's company inboxes.

4.  The following records are true and authentic email records kept by De Tomaso in its routine and normal course of business:

| BATES Identifier | Document Description |
|---|---|
| DT0000080872–88 | De Tomaso Email Thread Dated 6/14/2023 |
| BERRIS-000073916–21 | De Tomaso Email Thread Dated 3/15/2021 |

-1-

-2-

| | |
|---|---|
| DT0000029426–33 | De Tomaso Email Thread Dated 1/12/2021 |
| DT0000026333–39 | De Tomaso Email Thread Dated 11/17/2021 |
| DT0000026311–15 | De Tomaso Email Thread Dated 11/16/2021 |
| BERRIS-000071279–80 | De Tomaso Email Thread Dated 1/6/2021 |
| BERRIS-000064746–49 | De Tomaso Email Thread Dated 7/29/2020 |
| DT0000059716–20 | De Tomaso Email Thread Dated 06/3/2022 |

5.     I collected these email records from De Tomaso's company inboxes and/or confirmed the documents are stored in their original form in De Tomaso's company inboxes. The emails were created on the dates noted in the documents, and relate to the regularly conducted business of De Tomaso. Making and keeping email records in De Tomaso's inboxes is a regular practice of the company.

6.     The following records are true and authentic agreements kept by De Tomaso in the routine and normal course of business:

| BATES Identifier | Document Description |
|---|---|
| DT00177635-44 | De Tomaso Independent Contractor Agreement with Jubilant Dragon Limited |
| DT00177645–58 | De Tomaso Employment Agreement with Hin Weng Samuel Lui |

7.     I collected these agreements from De Tomaso's files. These agreement records were created on the date noted in the documents, and relate to the regularly conducted business of De Tomaso. Making and keeping agreement records is a regular practice of the company.

8.     The following records are true and authentic financial records kept by De Tomaso in connection with De Tomaso's business:

| BATES Identifier | Document Description |
|---|---|
| DT0000080115–21 | General Journal for De Tomaso, North America LLC; General Journal De Tomaso Automobili Limited, Hong Kong; General Journal De Tomaso Automobili Limited (BVI) |

-3-

| DT00177194 | De Tomaso Automobili Limited (BVI) Funding Advancement From Shareholder |
|---|---|

9. I collected these financial records from De Tomaso's files. These financial records were created on the dates noted in the documents, and relate to the regularly conducted business of De Tomaso. Making and keeping financial records related to De Tomaso's business is a regular practice of the company.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: December 23, 2024

_____
Diana Majcher