UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RYAN BERRIS,

                              Plaintiff,

                -against-                                          23-cv-4305 (AS)

SUNG-FUNG CHOI et al.,                                              ORDER

                              Defendant(s).

---

ARUN SUBRAMANIAN, United States District Judge:

The parties are hereby ordered to appear for a hearing on the pending motions in this case on Tuesday, August 26, 2025, at 11:00 AM in Courtroom 15A, 500 Pearl Street, New York, NY, 10007.

        SO ORDERED.

Dated: July 25, 2025
        New York, New York

                                                _____
                                                ARUN SUBRAMANIAN
                                                United States District Judge