UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RYAN BERRIS,<br><br>                    Plaintiff,<br><br>    -against-<br><br>SUNG-FUNG CHOI et al.,<br><br>                    Defendants. | 23-cv-4305 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    By September 12, 2025, the parties should jointly propose trial dates in December 2025 or January 2026.

    SO ORDERED.

Dated: September 5, 2025
       New York, New York

                                                  ARUN SUBRAMANIAN
                                                  United States District Judge