UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Ryan Berris,<br><br>                              Plaintiff,<br><br>           -against-<br><br>Sung-Fung Choi et al.,<br><br>                              Defendants. | 23-CV-4305 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The parties are directed to meet and confer to decide if they would like the Court to conduct a settlement conference alongside the final pre-trial conference next week. The conference would involve *ex parte* conversations with the Court and each of the parties. If the parties mutually agree to such a conference, they may submit a joint letter advising the Court that they are interested. The Court will only proceed with the consent of all parties. Should any party oppose a settlement conference, the parties need not submit a letter (and the parties should not, in any correspondence, tell the Court which party has declined).

SO ORDERED.

Dated: January 14, 2026
        New York, New York

_____
        ARUN SUBRAMANIAN
        United States District Judge