UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ryan Berris,

                              Plaintiff,

          -against-

Sung-Fung Choi et al.,

                              Defendants.

23-CV-4305 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

For reasons stated on the record, the Court rules as follows on the parties' motions in limine and for reconsideration as follows:

Plaintiff's motions:

- Motion for reconsideration: GRANTED IN PART.
- MIL 1 (exclusion of Apollo consultancy agreement): GRANTED IN PART and DENIED IN PART.
- MIL 2 (evidence of an alleged relationship between Berris and Carmen Jorda): DENIED.
- MIL 3 (exclusion of Jorda's complaint): GRANTED.

Defendants' motions:

- MIL I.A (exclusion of alleged wrongdoing regarding the SPAC transaction): GRANTED IN PART and DENIED IN PART.
- MIL I.B (misuse of the corporate form): DENIED.
- MIL I.C (exclusion of references to the Enigma network): GRANTED IN PART.
- MIL I.D (exclusion of references to Choi's family wealth): GRANTED IN PART.
- MIL I.E (exclusion of references to disputes between AFMG and Choi): GRANTED.
- MIL I.F (exclusion of post-resignation investigation): DENIED.
- MIL I.G (exclusion of evidence about Bill Majcher): GRANTED IN PART.
- MIL I.H (exclusion of 2023 valuation): DENIED.
- MIL I.I (evidence concerning merger with ESGL): GRANTED.
- MIL I.J (exclusion of Lui testimony): GRANTED IN PART and DENIED IN PART.
- MIL II (video deposition testimony): DENIED.
- MIL III (Glickenhaus statements): DENIED.
- MIL IV (punitive damages): DENIED.

The Clerk of Court is respectfully directed to terminate the motions at Dkts. 195, 217, and 220.

SO ORDERED.

Dated: January 27, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge