UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RYAN BERRIS,

Plaintiff,

-against-

SUNG–FUNG CHOI (a/k/a NORMAN CHOI) AND DE TOMASO AUTOMOBILI HOLDINGS N.A. LLC.,

Defendants.

23-CV-4305 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

In light of the battle of the footnotes introduced in the proposed judgment filing, Dkt. 271, and to ensure adequate consideration of the issue, **if** Plaintiff believes that prejudgment interest should be denied to defendants on the merits (e.g., not because it was not presented in the post-trial motions, but rather because it has no legal basis), then Plaintiff may file a letter brief of no more than 3 pages by **August 24, 2026**. If a brief is filed, Defendants will have until **August 26, 2026**, to file a response.

SO ORDERED.

Dated: August 17, 2026

ARUN SUBRAMANIAN
United States District Judge