**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RYAN BERRIS,<br><br>*Plaintiff,*<br><br>v.<br><br>SUNG–FUNG CHOI (a/k/a NORMAN CHOI) AND DE TOMASO AUTOMOBILI HOLDINGS N.A. LLC.,<br><br>*Defendants.* | Case No. 1:23–cv–04305 (AS) |

**~~[PROPOSED]~~ JUDGMENT**

This action came before the Honorable Arun Subramanian, United States District Judge, for a jury trial commencing on January 27, 2026, and concluding with the jury's verdict on February 5, 2026 (Dkt. 246), and thereafter came before the Court on plaintiff Ryan Berris's post-trial motion for judgment as a matter of law, for equitable relief, and for prejudgment and post-judgment interest (Dkt. 253). The issues having been duly tried, the jury having rendered its verdict, and the Court having considered the post-trial motion and rendered its decision by Opinion and Order dated July 27, 2026 (Dkt. 270), and subsequent Order regarding prejudgment interest dated August 31, 2026 (Dkt. 275), it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. Plaintiff's breach of contract claim against defendant De Tomaso Automobili Holdings N.A. LLC ("De Tomaso") (Count I) is DISMISSED WITH PREJUDICE, the jury having found in favor of De Tomaso on that claim.

2. Plaintiff's defamation claim against defendant Sung-Fung (Norman) Choi ("Choi") (Count VII) is DISMISSED WITH PREJUDICE, the jury having found in favor of Choi on that claim.

3. Plaintiff's claims against Choi on an alter-ego theory (Counts I, III, IV, & V) are DISMISSED WITH PREJUDICE, the jury having rejected alter-ego liability.

4. Judgment is entered in favor of plaintiff Ryan Berris and against defendant De Tomaso on plaintiff's quantum meruit claim (Count V) in the principal amount of $540,502.36 (the "Principal"), together with prejudgment interest thereon under Delaware law, calculated at the rate of 6% per annum, compounded annually, accruing from May 19, 2022. Interest shall be calculated by compounding the Principal annually at 6% for each full year elapsed, with interest for any partial year prorated according to the number of days elapsed in that partial year divided by 365. As of September 1, 2026, prejudgment interest so calculated totals $153,647.34, for a total accrued amount of $694,149.70. Interest shall continue to accrue after September 1, 2026 at a per diem rate of $112.17 for each day until the date of entry of this judgment. Based on the foregoing, prejudgment interest is awarded on Plaintiff's claim for quantum meruit in the amount of: $153,759.51, for a total judgment (Principal plus accrued prejudgment interest) of: $694,261.87. After entry of this judgment, post-judgment interest shall begin to accrue on the total award (Principal plus accrued prejudgment interest) at the rate set forth in 28 U.S.C. § 1961 until paid in full.

5. Plaintiff's claim for equitable relief for unjust enrichment against De Tomaso (Count IV) is DISMISSED WITH PREJUDICE, the Court having held that such relief is precluded by plaintiff's recovery on his quantum meruit claim.

6. Plaintiff's claim for promissory estoppel (Count III) is DISMISSED WITH PREJUDICE.

7. Judgment is entered in favor of Defendant De Tomaso and against plaintiff Ryan Berris on De Tomaso's counterclaims for breach of the fiduciary duties of loyalty and care (Counterclaims I & II) in the principal amount of $129,069.36, together with prejudgment interest

thereon under Delaware law, calculated at the rate of 6% per annum, compounded annually, accruing from May 19, 2022. Interest shall be calculated by compounding the Principal annually at 6% for each full year elapsed, with interest for any partial year prorated according to the number of days elapsed in that partial year divided by 365. As of September 1, 2026, prejudgment interest so calculated totals $36,690.24, for a total damages amount of $165,759.60. Interest shall continue to accrue after September 1, 2026, at a per diem rate of $26.79 for each day until the date of entry of this judgment. Based on the foregoing, prejudgment interest is awarded on De Tomaso's claim for breach of fiduciary duties in the amount of: $36,717.03, for a total judgment (Principal plus accrued prejudgment interest) of: $165,786.39. After entry of this judgment, post-judgment interest shall begin to accrue on the total award (Principal plus accrued prejudgment interest) at the rate set forth in 28 U.S.C. § 1961 until paid in full.

8. Defendants' counterclaim for unjust enrichment (Counterclaim III) was withdrawn (Dkt. 251) and is accordingly DISMISSED WITH PREJUDICE.

9. Each party shall bear its own costs and attorneys' fees.

10. This is a final judgment disposing of all claims and counterclaims among all parties to this action.

SO ORDERED.

Dated: September 3, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge